**Fill in this information to identify your case:**

Debtor 1            **Lynn M Abrams-Spilker**
                    First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)  First Name           Middle Name            Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number         **2:18-bk-53874**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $           115,000.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $            16,769.86 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $           131,769.86 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $           225,967.75 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $            24,981.49 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $           116,612.39 |
|  | **Your total liabilities** | $           367,561.63 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $             4,213.04 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $             1,668.04 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7.  **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
    household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
    the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1     **Lynn M Abrams-Spilker**                                      Case number *(if known)*  **2:18-bk-53874**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____ **4,213.04**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 24,981.49 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 24,981.49 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | 2:18-bk-53874 |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you
think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).
Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **7570 Marysville Rd** | | | |
| Street address, if available, or other description | | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Cambridge** | **OH** | **43725-0000** |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $115,000.00 | $115,000.00 |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| **Guernsey** | |
|---|---|
| County | |

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local
property identification number:**

**Grantor: Frederick Russell & Riki Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on
September 20, 2002 in the Guernsey County Recorder's Officein Book 329,
Page 785.**

**Parcel Nos.: 11-00808, 11-00812, and 11-00813**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
   pages you have attached for Part 1. Write that number here...........................................................................=>**

| $115,000.00 |
|---|

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number *(if known)* | **2:18-bk-53874** |
|---|---|---|---|

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: **Nissan** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| Model: | **Juke** |
|---|---|
| Year: | **2013** |
| Approximate mileage: | **55,000** |

Other information:

**Location: Debtor's residence**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,468.00** | **$9,468.00** |

| 3.2 | Make: **Jeep** |
|---|---|
| Model: | **Grand Cherokee** |
| Year: | **1996** |
| Approximate mileage: | **200000** |

Other information:

**Location: Debtor's residence**

**Vehicle totaled in a T-bone accident. Last Registered 08/21/2014**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200.00** | **$200.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: **Johnson** |
|---|---|
| Model: | |
| Year: | **1987** |

Other information:

**Location: Debtor's residence
Engined seized, irreparable**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200.00** | **$200.00** |

| 4.2 | Make: **Wellcraft** |
|---|---|
| Model: | |
| Year: | **1972** |

Other information:

**Location: Debtor's residence
Cracked transom**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Lynn M Abrams-Spilker** | | Case number *(if known)* | **2:18-bk-53874** |

| 4.3 | Make: | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:

Year: **1996**

Other information:

> **Pontoon boat**
> **Location: Debtor's residence**
> **In need of major cosmetic**
> **repair. Does not have an**
> **engine.**

Who has an interest in the property? *Check one*

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

| 4.4 | Make: |

Model:

Year:

Other information:

> **Boat trailer**
> **Location: Debtor's residence**

Who has an interest in the property? *Check one*

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350.00** | **$350.00** |

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**

| **$13,218.00** |

**Part 3:** **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| **Misc furniture** **Location: Debtor's residence** | **$450.00** |
|---|---|
| **Misc appliances** **Location: Debtor's residence** | **$950.00** |
| **Misc lawn equipment** **Location: Debtor's residence** | **$400.00** |
| **Misc tools** **Location: Debtor's residence** | **$100.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| **Misc electronics** **Location: Debtor's residence** | **$600.00** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1      **Lynn M Abrams-Spilker**                                 Case number *(if known)*  **2:18-bk-53874**

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Misc clothing<br>Location: Debtor's residence | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Family pet<br>Location: Debtor's residence | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| **$3,000.00** |

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................                      Institution name:

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number *(if known)* | **2:18-bk-53874** |

| | 17.1. | **Checking** | **The Community Bank** | | $551.86 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
        Type of account:                Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Debtor 1     **Lynn M Abrams-Spilker**                                                                 Case number *(if known)*  **2:18-bk-53874**

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**...................................................................................................

    | $551.86 |
    |---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1     **Lynn M Abrams-Spilker**                               Case number *(if known)*  **2:18-bk-53874**

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Business inventory<br>Location: Southeast Ohio Financial Services | $0.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes.  Describe.....

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
                    Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..............................................................................................................

$0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Lynn M Abrams-Spilker**

Case number *(if known)*   **2:18-bk-53874**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................... | | **$115,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$13,218.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$551.86** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$16,769.86** | Copy personal property total   **$16,769.86** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$131,769.86** |

200200007185
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY
09-20-2002 03:28 pm.
DEED             14.00
OR Book  329 Page  785 - 786

Ohio Warranty Deed

200200007185
BENNETT TITLE
PICK UP

# *KNOW ALL MEN BY THESE PRESENTS*

THAT      Frederick Russell Abrams and Riki D. Abrams, husband and wife
-----GRANTORS----

in consideration of One Dollar ($1.00) and other good and valuable considerations to them

in hand paid by    Lynn M. Abrams-Spilker
----GRANTEE----

whose address is:    7570 Marysville Road, Cambridge, Ohio  43725

do hereby **Grant, Bargain, Sell and Convey** to the said ----**GRANTEE**----

her heirs and assigns forever, the following described **Real Estate,**

Situated in Jackson Township, Guernsey County, Ohio and being 2.464 acres more or less in the Southeast Quarter of Section #17 Township #1 North, Range #3 West of the United States Military Lands Survey and being more particularly described as follows:

Commencing at an iron pin found at the Northwest corner of the Southeast Quarter of Section #17, thence with the west line of the Southeast Quarter of Section #17 S 00° 19'01" W a distance of 763.11 feet to an iron pin found, the BEGINNING, thence with the lands of now or formerly Frederick Abrams as found in Official Records Book 73 Page 874 and the south line of T.R. # 4322 S 81° 24'00" E a distance of 280.84 feet to an iron pin found, thence with the lands of now or formerly Ethel Rayburn as found in Official Records Book 285 Page 156 the following three (3) calls:
1. S 08° 36'00" W a distance of 150.00 feet to an iron pin found.
2. S 81° 24'00" E a distance of 118.00 feet to an iron pin found.
3. S 08° 36'00" W a distance of 183. 87 feet to an iron pin found, thence with the lands of now or formerly Harvey Hahn as found in Volume 314 Page 4 the following two (2) calls:

1. N 81° 24'00" W a distance of 350.23 feet to an iron pin found on the west line of the Southeast Quarter of Section #17.
2. Thence with the west line of the Southeast Quarter of Sectin #17 N 00° 19'01" E a distance of 337.39 feet to the beginning and containing 2.464 acres more or less and being a property conveyed to Frederick Abrams in Official Record Book 73 Page 874.

Aud. Parcel #11-00808 and Aud. Parcel #11-00812 and Aud. Parcel #11-00813.

NOTE: This description includes Lot's #66, 68, and 70 of the unrecorded plat of Marysville.

Also there is 0.136 acres included that was in a Quit Claim Deed in Official Record Book 109 Page 122 that put the line of the west line of the Southeast Quarter of Section #17 and is already in a tract called 2.112 acres and 1.95 acres.

Subject to all easements or leases of public record.
Bearings are magnetic and are for angle purposes only.
Iron pins set are 5/8 inch rebar 30 inches long, capped SPILKER LS-5862.

A survey of the above described property was made by Joseph T. Spilker, Registered Surveyor #S-5862 on July 30, 2002.

Parcel No. _____

Previous Reference: Volume 73, Page 874, Official Records, Guernsey County, Ohio,

BOOK 329 PAGE 786

**To have and to hold** the same, with all the privileges and appurtenances thereunto belonging, to said

grantee, her heirs and assigns forever.

And the said ----**GRANTORS**---- do hereby **Covenant and Warrant** that the title so

conveyed is **Clear, Free and Unencumbered,** and that they will **Defend** the

same against all lawful claims of all persons whomsoever.

Frederick Russell Abrams and Riki D. Abrams, husband and wife the grantors, releases all rights of

dower therein.

**EXECUTED,** this _19th_ day of September, 2002.

Complied With
Tony Brown, Auditor
Transfer Fee ___$1.50___

SEP 2 0 2002

Conv. Fee ___NONE___
Transferred
Section 319.54 Ohio R.C.

_Frederick R. Abrams_
Frederick Russell Abrams

_Riki D. Abrams_
Riki D. Abrams


**STATE OF OHIO, COUNTY OF GUERNSEY, ss:**

On this _19th_ day of September, 2002, before me, a Notary Public in and for said County, personally

came Frederick Russell Abrams and Riki D. Abrams, husband and wife, the grantors in the foregoing

deed, and acknowledged the signing thereof to be their voluntary act and deed.

**Witness** my official signature and seal on the day last above mentioned.

_Linda Sue Knowlton_

My commission expires: _12-1-06_

LINDA SUE KNOWLTON
Notary Public, State of Ohio
My Commission Expires December 1, 2006


This instrument prepared by:  William Mark Bennett of the law firm of
    **KNOWLTON & BENNETT,** 126 N. 9th St., Cambridge, OH  43725-2334

# OHIO CERTIFICATE OF TITLE

## STATE OF OHIO



WITNESS MY HAND AND OFFICIAL SEAL THIS 12th DAY OF SEPTEMBER 2016

%133787987

*%133787987* *TERESA DANKOVIC*
CLERK OF COURTS

%133787987

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

VOID IF ALTERED VOID IF ALTERED

# OHIO CERTIFICATE OF TITLE

## STATE OF OHIO    No.10-0053-9732



ISSUING CITY GUERNSEY
REGION CITY GUERNSEY

WATERCRAFT

IDENTIFICATION NUMBER
OH1741 123 12M74G

WATERCRAFT    09/12/2018

200XL
FEET    IN
28    0    1975

PURCHASE PRICE
$1,400.00
$105.00

EVIDENCE
OH-900090872

OWNER'S
RYAN ABRAMS-SPENCER

1570 MARYSVILLE RD
CAMBRIDGE OH 43725

PREVIOUS NAME
DEREK A. MCINTIRE

221 E MARINERS WATCH
LORAIN OH 43964

CLERK LIEN CANCELLATION

DEPUTY CLERK    DEPUTY CLERK

WITNESS MY HAND AND OFFICIAL SEAL THIS 12th DAY OF SEPTEMBER 2018
(SEAL)

%133787986



* % 1 3 3 7 8 7 9 8 6 *

%133787986

*TERESA DANKOVIC*
CLERK OF COURTS



## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.



\* Not in Working shape

## NON-NEGOTIABLE - FOR REGISTRATION ONLY

ISSUING CNTY **BELMONT**
RESIDENT CNTY **GUERNSEY**

### STATE OF OHIO
MEMORANDUM TITLE

No.    **07 0088 8114**

ISSUE DATE
**03/24/2015**

IDENTIFICATION NUMBER
**JN8AF5MV9DT226830**

COMMENTS

PURCHASE PRICE
**$24,267.00**

TAX
**$1,758.63**

CONVERSION

M.LG BRAND **ACTUAL**

YEAR **2013**   MAKE **NISS**   MAKE DESCRIPTION **NISSAN**

BODY TYPE **UC**   MODEL **JUK**   MODEL DESCRIPTION **—**

MILEAGE **5,782**   EVIDENCE **PA 74247273701JO**

BRAND(S)

OWNER
**LYNN M. ABRAMS-SPILKER**

**7570 MARYSVILLE RD**
**CAMBRIDGE, OH 43725**

PREVIOUS OWNER
**JOHN SISSON MOTORS INC.**

**470 WASHINGTON RD.**
**WASHINGTON, PA 15301**

FIRST LIENHOLDER    DATE OF LIEN: **03/24/2015**
**SANTANDER CONSUMER USA**

**PO BOX 961288**
**FORT WORTH, TX 76161**

LICENSE EXPIRES 5-11-2016
TRANSFER ISSUED
TRUCK WT
REGISTRAR OF MOTOR VEHICLES

GLS 4064

WITNESS MY HAND AND OFFICIAL SEAL THIS 24th DAY OF MARCH, 2015

**CYNTHIA K. MCGEE**
**CLERK OF COURTS**
G

%E07000J0N

KML
KML

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | **2:18-bk-53874** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **7570 Marysville Rd Cambridge, OH 43725  Guernsey County**<br>**Grantor: Frederick Russell & Riki Abrams**<br>**Grantee: Lynn M Abrams-Spilker**<br><br>**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Recorder's Officei**<br>Line from *Schedule A/B*: **1.1** | $115,000.00 | ■ $136,925.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(1)** |
| **Misc furniture**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **6.1** | $450.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Misc appliances**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **6.2** | $950.00 | ■ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Misc lawn equipment**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **6.3** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    **Lynn M Abrams-Spilker**

Case number (if known)    **2:18-bk-53874**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Misc tools**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **6.4** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Misc electronics**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **7.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Misc clothing**<br>**Location: Debtor's residence**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Checking: The Community Bank**<br>Line from *Schedule A/B*: **17.1** | $551.86 | ■ $475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Checking: The Community Bank**<br>Line from *Schedule A/B*: **17.1** | $551.86 | ■ $76.86<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■   No

    ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | **2:18-bk-53874** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** **Ohio Department of Taxation**

Creditor's Name

Describe the property that secures the claim:        $623.62        $115,000.00        $623.62

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County
Grantor: Frederick Russell & Riki Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43266**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **01/07/2011**        Last 4 digits of account number   **8752**

**2.2** **Ohio Department of Taxation**

Describe the property that secures the claim:        $125.25        $115,000.00        $125.25

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Lynn M Abrams-Spilker** _____   Case number (if know)   **2:18-bk-53874**

First Name          Middle Name          Last Name

---

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
�■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **08/10/2011**        **Last 4 digits of account number**   **8949**

---

| 2.3 | **Ohio Department of Taxation** | Describe the property that secures the claim: | $335.00 | $115,000.00 | $335.00 |
|---|---|---|---|---|---|

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
�■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **04/26/2013**        **Last 4 digits of account number**   **0630**

---

| 2.4 | **Ohio Department of Taxation** | Describe the property that secures the claim: | $151.00 | $115,000.00 | $151.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Lynn M Abrams-Spilker**                                    Case number (if know)  **2:18-bk-53874**

First Name          Middle Name          Last Name

---

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **07/27/2012**          Last 4 digits of account number  **0097**

---

| 2.5 | **Ohio Department of Taxation** | Describe the property that secures the claim: | $215.00 | $115,000.00 | $215.00 |
|-----|-----|-----|-----|-----|-----|

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **09/16/2013**          Last 4 digits of account number  **0839**

---

| 2.6 | **Ohio Department of Taxation** | Describe the property that secures the claim: | $3,057.00 | $115,000.00 | $3,057.00 |
|-----|-----|-----|-----|-----|-----|

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 7

Debtor 1  **Lynn M Abrams-Spilker**                                    Case number (if know)    **2:18-bk-53874**

First Name          Middle Name          Last Name

---

Creditor's Name

**7570 Marysville Rd Cambridge, OH
43725  Guernsey County
Grantor: Frederick Russell & Riki
Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on
September 19, 2002 and recorded
on September 20, 2002 in the
Guernsey County Re**

**Attn: Bankruptcy
Division
PO Box 530
Columbus, OH 43266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **08/11/2015**        Last 4 digits of account number    **1849**

---

| 2.7 | **Ohio Dept of Job &
Family Services** | Describe the property that secures the claim: | $2,299.82 | $115,000.00 | $2,299.82 |

Creditor's Name

**7570 Marysville Rd Cambridge, OH
43725  Guernsey County
Grantor: Frederick Russell & Riki
Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on
September 19, 2002 and recorded
on September 20, 2002 in the
Guernsey County Re**

**PO Box 182404
32nd Floor
Columbus, OH 43215**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **05/04/2013**        Last 4 digits of account number    **9822**

---

| 2.8 | **Ohio Dept of Job &
Family Services** | Describe the property that secures the claim: | $1,295.53 | $115,000.00 | $1,295.53 |

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

| Debtor 1 | **Lynn M Abrams-Spilker** | | | Case number (if know) | **2:18-bk-53874** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**PO Box 182404**
**32nd Floor**
**Columbus, OH 43215**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    06/30/2012        Last 4 digits of account number    8474

---

| 2.9 | **Ohio Dept of Job & Family Services** | Describe the property that secures the claim: | $803.21 | $115,000.00 | $803.21 |
|---|---|---|---|---|---|

Creditor's Name

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

**PO Box 182404**
**32nd Floor**
**Columbus, OH 43215**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    09/29/2012        Last 4 digits of account number    2326

---

| 2.10 | **Ohio Dept of Job & Family Services** | Describe the property that secures the claim: | $321.21 | $115,000.00 | $321.21 |
|---|---|---|---|---|---|

---

Debtor 1  **Lynn M Abrams-Spilker**                                        Case number (if know)  **2:18-bk-53874**

First Name        Middle Name        Last Name

Creditor's Name

**7570 Marysville Rd Cambridge, OH
43725  Guernsey County
Grantor: Frederick Russell & Riki
Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on
September 19, 2002 and recorded
on September 20, 2002 in the
Guernsey County Re**

**PO Box 182404
32nd Floor
Columbus, OH 43215**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/31/2011**     Last 4 digits of account number  **2279**

---

| 2.1 1 | **Santander Consumer USA** | | $14,217.11 | $9,468.00 | $4,749.11 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2013 Nissan Juke 55,000 miles
Location: Debtor's residence**

**PO Box 560284
Dallas, TX 75356**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  **03/24/2015**     Last 4 digits of account number  **3359**

---

| 2.1 2 | **Specialized Loan Servicing** | | $160,204.00 | $115,000.00 | $45,204.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**7570 Marysville Rd Cambridge, OH
43725  Guernsey County
Grantor: Frederick Russell & Riki
Abrams
Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on
September 19, 2002 and recorded
on September 20, 2002 in the
Guernsey County Re**

**8742 Lucent Blvd
Highlands Ranch, CO
80129**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated

---

| Debtor 1 | **Lynn M Abrams-Spilker** | | | Case number (if know) | **2:18-bk-53874** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 1/07/05**
**Last Active 5/05/16**

Date debt was incurred    Last 4 digits of account number    **0781**

---

| 2.13 | **Sultan Hamid Salim** | Describe the property that secures the claim: | $42,320.00 | $115,000.00 | $42,320.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**7570 Marysville Rd Cambridge, OH 43725  Guernsey County**
**Grantor: Frederick Russell & Riki Abrams**
**Grantee: Lynn M Abrams-Spilker**

**Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**6898 Bowie Rd**
**Cambridge, OH**
**43725-9779**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **02/06/2017**    Last 4 digits of account number    **5264**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$225,967.75** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$225,967.75** |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

*(handwritten signature)*

Filed for record at the request of:
**Bismark Mortgage Company, LLC**
**10500 NE 8th St., Suite 700**
**Bellevue, WA 98004**

```
200400003618
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY
05-20-2004 At 01:04 pm.
MTG                    60.00
OR Book  398 Page  623 -  628
Loan #233538
```

# CONSTRUCTION OPEN-END MORTGAGE

This Mortgage, made       **Friday, May 14, 2004**       between
**Lynn M. Abrams-Spilker** , unmarried

200400003618
MID OHIO TITLE AGENCY
601 MAIN ST
ZANESVILLE, OH 43701

Grantor(s), whose address is **7570  Marysville  Road,  Cambridge,  OH 43725**,

AND

**Bismark Mortgage Company, LLC,**
Beneficiary, whose address is **10500  NE  8th  St.,  Suite  700,  Bellevue,  WA 98004**,

Witnesseth: Grantor does hereby mortgage, grant and convey to Beneficiary the following described real property: **See attached exhibit "A" for legal description(s)**, which property is not used principally for agricultural or farming purposes, together with all tenements, hereditaments, and appurtenances now or hereafter thereunto belonging or in any wise appertaining, and the rents, issues and profits thereof.

This Mortgage is for the purpose of securing performance of each agreement of Grantor herein contained, the terms of construction agreement(s) of even date herewith, and payment of the sum of **$102,000.00**  with interest, in accordance with the terms of a promissory note of even date herewith, payable to Beneficiary or order, and all renewals, modifications and extensions thereof, and any advance(s) or loan(s) as described in paragraph #8 herein. This Mortgage shall also secure any amount(s) owed to Beneficiary or its assigns by Grantor and/or maker(s) of the note arising from any written agreement, duty, subrogation, operation of law or any other basis whatsoever. **See attached exhibit "B" for special terms.**

TO PROTECT THE SECURITY OF THIS MORTGAGE GRANTOR COVENANTS AND AGREES:

1. To pay, or have paid, before delinquency all lawful taxes and assessments upon the property; to keep the property free and clear of all other charges, liens or encumbrances impairing the security of this Mortgage.
2. To keep the property in good repair and condition; to permit no waste thereof; to complete any building, structure or improvement being built or about to be built thereon within  **six (6)**  months from the date hereof or in accord with other specific written agreements between Grantor and Beneficiary; to restore promptly any building, structure or improvement thereon which may be damaged or destroyed; and to comply with all laws, ordinances, regulations, covenants, conditions and restrictions affecting the property.
3. To keep all buildings now or hereafter erected on the property described herein continuously insured against loss by fire, earthquake, volcanic eruption, flood and other hazards, Beneficiary may require insurance in an amount not less than the original face amount of the debt secured hereby, or 100% of assessed value of the improvements, or the replacement valuation of the improvements, as determined by the insurance carrier, whichever is the higher amount, and in such companies as the Beneficiary may approve, and to have loss payable first to the Beneficiary then to Grantor.  It is understood and agreed that all policies (or approved certified copies thereof) shall be held by Beneficiary.  The amount collected under any insurance policy may be applied upon any indebtedness hereby secured in such order as the Beneficiary shall determine.  Such applications by the Beneficiary shall not cause discontinuance of any proceedings to foreclose this Mortgage.  In the event of foreclosure, all Grantor's rights in insurance policies then in force shall pass to the purchaser at the foreclosure sale.
4. To defend any action or proceeding purporting to affect the security hereof or the rights of Beneficiary and to pay all costs and expenses, including cost of title search and attorney's fees in a reasonable amount, in any such action or proceeding, and in any suit brought by Beneficiary to foreclose this Mortgage.  Beneficiary shall be entitled to choose the lawyer or law firm to provide any defense required herein.  Grantor will pay the attorney fees in a manner satisfactory to the said attorney and/or firm chosen.

Page 1

*(handwritten left margin:)* For Assignment See OR Vol 424 Pg 608
For assignment See O.R. 409 Pg 269

*(handwritten right margin:)* For Release See R.Vol 424 Pg 609

5. To pay all costs, fees and expenses incurred in connection with this Mortgage, including any attorney's fees, costs and/or expenses incurred, in any activity undertaken to enforce, protect, ensure performance of or make claim for any obligation secured hereby. This agreement shall specifically include any such fee(s) and/or expense(s) incurred in any Bankruptcy proceeding.

IT IS MUTUALLY AGREED THAT:

6. In the event any portion of the property is taken or damaged in an eminent domain proceeding, the entire amount of the award or such portion as may be necessary to fully satisfy the obligation secured hereby, shall be paid to Beneficiary to be applied to said obligations.

7. By accepting payment of any sum secured hereby after its due date, Beneficiary does not waive its right to require prompt payment when due of all other sums so secured or to declare default for failure to so pay.

8. Should Grantor fail to pay when due any taxes, assessments, insurance premiums, liens, encumbrances, prior encumbrances (see paragraph 20), if any, and/or other charges, fees or expenses related to the property herein described, Beneficiary may pay the same, and each amount so advanced, including advances or extensions of credit requested by Grantor or the maker(s) of the note, together with costs and expenses including reasonable attorney fees in connection therewith, and together with $100.00 or 15% of each amount advanced (whichever sum is greater) which shall be due Beneficiary for service and handling costs, may be added to the debt secured by this Mortgage, and shall bear interest at the rate specified in the note, and all sums so advanced plus the costs and expenses described may be declared immediately due and payable and upon Grantor's failure to reimburse Beneficiary upon demand shall constitute an event of default under the terms of this Mortgage.

9. The note which is secured by this Mortgage may contain penalties for early payment of principal. During such time as the above referred prepayment penalties are due, and should Beneficiary accelerate the maturity of this Mortgage or note secured hereby, in accord with Paragraph #13 herein, then Beneficiary at its sole option may include in the total amount due, the additional amounts to satisfy in full the requirements of said prepayment penalties. Should Grantor tender payment of the entire indebtedness due prior to the foreclosure sale said tender shall be deemed a voluntary prepayment and as such shall be inclusive of said prepayment penalties.

10. The note secured by this Mortgage requires the unpaid principal balance to be repaid by a date certain, and that date certain may require a final installment (Balloon Payment) substantially more than the regular installment(s) as specified in the note secured hereby. Grantor's failure to tender said final installment by its due date shall constitute a default in the terms of this Mortgage.

ASSIGNMENT OF RENTS:

11. As additional security hereunder, Grantor hereby assigns to Beneficiary the rents of the property, provided that Grantor shall, prior to acceleration in accord with Paragraph #13 herein, or abandonment of the property, have the right to collect and retain such rents as they become due and payable. Upon acceleration in accord with Paragraph #13 herein, or abandonment of the property, Beneficiary, in person, by agent, or by judicially appointed receiver, shall be entitled to enter upon, take possession of, and manage the property and to collect the rents of the property, including any past due. All rents collected by Beneficiary or receiver shall be applied first to payment of costs of the management of the property and collection of rents, including but not limited to, receiver's fees and expenses, reasonable attorney fees, expenses of maintaining rental flow, utilities, taxes, insurance, maintenance of the property, etc. and then to the sums secured by this Mortgage. Beneficiary and/or the receiver shall be liable to account only for those rents actually received.

12. Upon payment of all sums secured hereby Beneficiary shall record a release and satisfaction of this Mortgage.

IN CASE OF DEFAULT:

13. Upon default by Grantor in the payment of any indebtedness secured hereby or in the performance of any agreement contained herein, or referred to herein, all sums secured hereby shall immediately become due and payable at the option of the Beneficiary.

14. N/A

15. N/A

16. In the event this Mortgage is foreclosed then it is further agreed with respect to taxes, assessments, insurance premiums, liens and encumbrances, that the Beneficiary may make such additional advances as it may deem appropriate upon any payment that may have or may thereafter become due on any said encumbrance and Beneficiary shall have a separate and further right to make such additional prepayments as it shall deem appropriate on payments it believes may become due during any period of redemption and all such advances together with interest at the rate specified in the note, on each such advance so made shall be secured by this agreement and be included in any foreclosure judgment, and upon completion of any foreclosure sale whereby Beneficiary or its assigns successfully purchases at such sale, Beneficiary or its assigns may continue to advance funds on, not only those matters provided by applicable redemption statutes, if any, but, may also make advances for insurance, maintenance, upkeep, and upon any prior encumbrances and that any sums so advanced, plus interest at the rate specified in the judgment on each such advance shall be added to such sums that otherwise would be due upon redemption under applicable redemption statutes, if any, in the event of such redemption.  It is agreed and stipulated that the Beneficiary may include all such provisions mentioned in this paragraph in any judgment granted in foreclosure.  It is also agreed that any of the rights granted to Beneficiary regarding the making of advancements or prepayments are options only for the benefit of the Beneficiary or its assigns and shall not be construed as obligating Beneficiary or its assigns to make any such advances or prepayment.

17. N/A

18. This Mortgage applies to, inures to the benefit of, and is binding not only on the parties hereto, but on their heirs, devisees, legatees, administrators, executors and assigns.  The term Beneficiary shall mean the holder and owner of the note secured hereby, whether or not named as Beneficiary herein.

19. There may be unrecorded documents which are part of this transaction, the specific terms of which are incorporated herein by reference and may be ascertained by contacting the Beneficiary.

PRIOR ENCUMBRANCES:

20. The Terms and conditions of the prior encumbrances, if any, are hereby incorporated into this Mortgage and grantor agrees to promptly comply with all of the terms and conditions of said prior encumbrances, and upon failure to so comply such failure shall constitute a default under this Mortgage and Beneficiary may at its sole and exclusive option:

a. Perform such terms and conditions of the prior encumbrances which are in default and by so doing all costs and expenses incurred by the Beneficiary, including reasonable attorney fees and advance fees (see Paragraph #8), may be added to the debt which is secured by this Mortgage and shall bear interest as specified in the note, and all sums so advanced plus costs, fees and expenses incurred may be declared immediately due and payable and Grantors failure to reimburse Beneficiary upon demand thereof shall constitute an event of default under this Mortgage, and/or

b. Foreclose this Mortgage in accord with applicable law.

WAIVER OF EXEMPTIONS:

21. Grantor hereby waives all rights of homestead and any other exemption(s) in the real property described herein under State or Federal law presently existing or hereafter enacted.

OTHER TERMS:

22. N/A

23. N/A

Continued next page

Continued from preceding page                    BOOK 398 PAGE 626

By signing below I acknowledge that I have thoroughly read, understand and agree to all of the terms outlined in this Mortgage (Pages 1 through 6 inclusive). I further acknowledge and state that there are no oral or "side" agreements which modify or add to any portion of our written agreements contained herein and other related written loan documents of even date.

_____          _____
Lynn M. Abrams-Spilker

_____          _____


STATE OF           **OHIO**            )          _____
                                       ) ss.
COUNTY OF       **MUSKINGUM**           )

On this day personally appeared before me Lynn M. Abrams-Spilker, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that she signed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal on:  MAy 18, 2004

_____
Notary Public in and for the State of **OHIO**

Residing at  Muskingum County

My commission expires  6-23-04

DEANNE STOTTSBERRY
Notary Public. State of Ohio
My Commission Expires
6-23-04


Continued next page

Continued from preceding page

# EXHIBIT "A"
## (legal description(s) continued from page 1)

1.  Situated in Jackson Township, Guernsey County, Ohio and being 2.454 acres more or less in the Southeast Quarter of Section #17 Township #1 North, Range #3 West of the United States Military Lands Survey and being more particularly described as follows:

Commencing at an iron pin found at the Northwest corner of the Southeast Quarter of Section #17, thence with the west line of the Southeast Quarter of Section #17 S 00° 19' 01" W a distance of 763.11 feet to an iron pin found, the BEGINNING, thence with the lands of now or formerly Frederick Abrams as found in Official Records Book 73 Page 874 and the south line of T.R. # 4322 S 81° 24' 00" E a distance of 280.84 feet to an iron pin found, thence with the lands of now or formerly Ethel Rayburn as found in Official Records Book 285 Page 156 the following three (3) calls:

1. S 08° 36' 00" W a distance of 150.00 feet to an iron pin found.
2. S 81° 24' 00" E a distance of 118. 00 feet to an iron pin found.
3. S 08° 36' 00" W a distance of 183. 87 feet to an iron pin found, thence with the lands of now or formerly Harvey Hahn as found in Volume 314 Page 4 the following two (2) calls:
1. N 81° 24' 00" W a distance of 350.23 feet to an iron pin found on the west line of the Southeast Quarter of Section # 17.
2.Thence with the west line of the Southeast Quarter of Section #17 N 00° 19' 01" E a distance of 337.39 feet to the beginning and containing 2.464 acres more or less and being a property conveyed to Frederick Abrams in Official Record Book 73 Page 874.
Auditor's Parcel #11-00808.000

NOTE: This description includes Lots #66, 68, and 70 of the unrecorded plat of Marysville.

Also there is 0.136 acres included that was in a Quit Claim Deed in Official Record Book 109 Page 122 that put the line of the west line of the Southeast Quarter of Section #17 and is already in a tract called 2.112 acres and 1.95 acres.

Subject to all easements or leases of public record.
Bearings are magnetic and are for angle purposes only.
Iron pin set are 5/8 inch rebar 30 inches long, capped SPILKER LS-5862.
A survey of the above described property was made by Joseph T. Spilker, Registered Surveyor #S-5862 on July 30, 2002.  All situate in the County of Guernsey, State of Ohio; commonly known as 7570 Marysville Road (new home under construction), Cambridge, OH 43725

Continued next page

BOOK 398 PAGE 628

Continued from preceding page

# EXHIBIT "B"
## (special terms continued from page 1)

I have read and hereby acknowledge exhibits "A" and "B" above.

Lynn M. Abrams-Spilker

201600001211
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
03-04-2016 At 11:31 am.
ASSIGN MTG     32.00
OR Book     535 Page 313 - 314
201600001211
MEGAN WOLFE
8177 WASHINGTON CHURCH RD
BUILDING 6
DAYTON OH 45458
       Instrument     Book Page
       201600001211 OR     535  313

LS&R No.: 201601714

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, **PNC Bank, National Association**, whose address is 3232 Newmark Drive, Miamisburg, OH 45342, does hereby assign, transfer and set over unto **Federal Home Loan Mortgage Corporation**, whose address is 8200 Jones Branch Drive Mailstop 202, McLean, VA 22102, a certain mortgage from Lynn M. Abrams-Spilker, unmarried to National City Mortgage a division of National City Bank of Indiana, dated January 7, 2005, recorded January 12, 2005, in Volume 419, Page 637, in the office of the Guernsey County Recorder, and secured by the following real estate:

**PROPERTY ADDRESS: 7570 Marysville Road, Cambridge, Ohio 43725**

IN WITNESS WHEREOF, PNC Bank, National Association has set its hand on the date set forth below.

PNC Bank, National Association

By: _____
*Printed Name Juni Mays
*Title Assistant Vice President
*Date 2-23-2016

LS&R No.: 201601714

STATE OF __Ohio__          }
                          }     SS.
COUNTY OF __Montgomery__   }

On _2-23-2016_ before me __Hope M Harvey_____, Notary Public, State of __Ohio_____, personally appeared __Jon: Mays Assistant Vice President__ (Title), of PNC Bank, National Association, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Hope M Harvey_
Notary Public Hope M Harvey
My Commission Expires: _6/25/201?_

This instrument was prepared by:
LERNER, SAMPSON & ROTHFUSS
A Legal Professional Association
P.O. Box 5480
Cincinnati, OH 45201-5480

Employer Number: <u>1480819XXX</u>
Lien Number: <u>UC109822</u>
Issue Date:    <u>05-04-13</u>

### NOTICE OF LIEN - GUERNSEY County, Ohio

I, Ted Maynard the duly appointed, representative of MICHAEL COLBERT,
Director of the Ohio Department of Job and Family Services, do hereby
certify and give notice of lien that the following contribution(s)
required to be paid by the unemployment contribution law of Ohio in
the following amount, or amounts, to the Ohio Department of Job and
Family Services, Bureau of Unemployment Compensation Tax by an employer,
to wit:

Lynn Abrams-spilker
Southeast Ohio Financial Services
7570 Marysville Rd

Cambridge,Oh 43725

201300004182
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
05-15-2013 At 01:48 pm.
EMPL LIEN       .00
OR Book    503 Page  836 - 837

were not paid when due and now are delinquent and will bear interest
pursuant to Ohio Revised Code 4141.23 from respective due date as herein
above set forth.  Said contribution(s), interest, penalty, and forfeiture,
if any, thereon are a lien upon real and personal property of said employer
within the county of GUERNSEY , State of Ohio.

I certify the foregoing to be a true and correct copy of the action taken
by Ohio Department of Job and Family Services, at Columbus, Ohio with
respect to the above matter this on 05-04-13.

"...any contribution, interest, penalty, or forfeiture required to be paid
under such sections by any employer shall, if not paid when due, become a
lien upon real and personal property of such employer..."
Section 4141.23 ORC.

This instrument was prepared by The Ohio Attorney General.

AG# 10078314        DRL# 1480819XXX

Ted Maynard
Ohio Department of Job and Family Services

UCTLN2
    Reserved For County Recorder

201300004182
OFFICE OF THE ATTORNEY GENERAL
30 E BROAD ST
15TH FL
COLUMBUS OH 43215-9525



* A 1 0 0 7 8 3 1 4 C 3 0 D 2 0 1 3 0 5 0 4 R *

|  |  | Instrument | Book | Page |
|---|---|---|---|---|
|  |  | 201300004182 OR | 503 | 837 |

**Employer Number:** <u>1480819XXX</u>
**Lien Number:** <u>UC109822</u>
**Issue Date:** <u>05-04-13</u>

**ASSESSMENT NUMBER / PERIOD**

| ASSESSMENT | PERIOD | T | BALANCE |
|---|---|---|---|
| WAS00000000038224444 | 4/2009 | C | 91.13 |
| WAS00000000038224445 | 4/2009 | F | 50.00 |
| WAS00000000038224446 | 4/2009 | I | 83.35 |
| WAS00000000038224447 | 3/2010 | C | 111.29 |
| WAS00000000038224448 | 3/2010 | F | 50.00 |
| WAS00000000038224449 | 3/2010 | I | 69.83 |
| WAS00000000038224450 | 4/2010 | C | 91.13 |
| WAS00000000038224451 | 4/2010 | F | 50.00 |
| WAS00000000038224452 | 4/2010 | I | 54.17 |
| WAS00000000038224453 | 2/2011 | C | 685.93 |
| WAS00000000038224455 | 2/2011 | F | 50.00 |
| WAS00000000038224456 | 2/2011 | I | 248.06 |
| WAS00000000038224454 | 2/2011 | M | 117.11 |
| WAS00000000038224457 | 4/2011 | C | 345.94 |
| WAS00000000038224459 | 4/2011 | F | 50.00 |
| WAS00000000038224460 | 4/2011 | I | 92.82 |
| WAS00000000038224458 | 4/2011 | M | 59.06 |

**TOTAL BALANCE DUE**                2,299.82

.

Instrument          Book Page
201200009333 OR        495  323

Employer Number:  <u>1480819XXX</u>
Lien Number:  <u>UC102326</u>
Issue Date:  <u>09-29-12</u>

**NOTICE OF LIEN - GUERNSEY County, Ohio**

I, Ted Maynard the duly appointed, representative of MICHAEL COLBERT,
Director of the Ohio Department of Job and Family Services, do hereby
certify and give notice of lien that the following contribution(s)
required to be paid by the unemployment contribution law of Ohio in
the following amount, or amounts, to the Ohio Department of Job and
Family Services, Bureau of Unemployment Compensation Tax by an employer,
to wit:

Lynn Abrams-spilker
Southeast Ohio Financial Services  .
7570 Marysville Rd

Cambridge,Oh 43725

201200009333
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
10-15-2012 At 07:08 am.
EMPL LIEN       .00
OR Book    495 Page  323 -  324

were not paid when due and now are delinquent and will bear interest
pursuant to Ohio Revised Code 4141.23 from respective due date as herein
above set forth.  Said contribution(s), interest, penalty, and forfeiture,
if any, thereon are a lien upon real and personal property of said employer
within the county of GUERNSEY , State of Ohio.

I certify the foregoing to be a true and correct copy of the action taken
by Ohio Department of Job and Family Services, at Columbus, Ohio with
respect to the above matter this on 09-29-12.

"...any contribution, interest, penalty, or forfeiture required to be paid
under such sections by any employer shall, if not paid when due, become a
lien upon real and personal property of such employer..."
Section 4141.23 ORC.

This instrument was prepared by The Ohio Attorney General.

AG# 10078314            DRL# 1480819XXX

201200009333
OFFICE OF THE ATTORNEY GENERAL
30 E BROAD ST 15TH FL
COLUMBUS OH 43215-9525

Ted Maynard
Ohio Department of Job and Family Services



UCTLN2
    Reserved For County Recorder

* A 1 0 0 7 8 3 1 4 C 3 0 D 2 0 1 2 0 9 2 9 R *

Instrument
201200009333 OR    Book Page
495  324

Employer Number:  1480819XXX
Lien Number:  UC102326
Issue Date:  09-29-12

**ASSESSMENT NUMBER / PERIOD**

| ASSESSMENT | PERIOD | T | BALANCE |
|---|---|---|---|
| WAS00000000037297122 | 2/2012 | C | 673.66 |
| WAS00000000037297124 | 2/2012 | I | 27.48 |
| WAS00000000037297123 | 2/2012 | M | 102.07 |
| **TOTAL BALANCE DUE** | | | 803.21 |

Instrument        Book Page
201200006055 OR   491 2246

Employer Number:  1480819XXX
Lien Number:      UC098474
Issue Date:       06-30-12

### NOTICE OF LIEN - GUERNSEY County, Ohio

I, Ted Maynard the duly appointed, representative of MICHAEL COLBERT,
Director of the Ohio Department of Job and Family Services, do hereby
certify and give notice of lien that the following contribution(s)
required to be paid by the unemployment contribution law of Ohio in
the following amount, or amounts, to the Ohio Department of Job and
Family Services, Bureau of Unemployment Compensation Tax by an employer,
to wit:

Lynn Abrams-spilker
Southeast Ohio Financial Services     .
7570 Marysville Rd                    .
                                      .
Cambridge,Oh 43725

201200006055
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
07-16-2012 At 08:31 am.
EMPL LIEN          .00
OR Book   491 Page 2246 - 2247

were not paid when due and now are delinquent and will bear interest
pursuant to Ohio Revised Code 4141.23 from respective due date as herein
above set forth.  Said contribution(s), interest, penalty, and forfeiture,
if any, thereon are a lien upon real and personal property of said employer
within the county of GUERNSEY , State of Ohio.

I certify the foregoing to be a true and correct copy of the action taken
by Ohio Department of Job and Family Services, at Columbus, Ohio with
respect to the above matter this on 06-30-12.

"...any contribution, interest, penalty, or forfeiture required to be paid
under such sections by any employer shall, if not paid when due, become a
lien upon real and personal property of such employer..."
Section 4141.23 ORC.

This instrument was prepared by The Ohio Attorney General.

AG# 10078314        DRL# 1480819XXX

201200006055
OFFICE OF THE ATTORNEY GENERAL
30 E BROAD ST
15TH FL
COLUMBUS OH 43215-9525

Ted Maynard
Ohio Department of Job and Family Services

UCTLN2
     Reserved For County Recorder

* A 1 0 0 7 8 3 1 4 C 3 0 0 2 0 1 2 0 6 3 0 R *

Instrument
201200006055 OR

Book Page
491 2247

Employer Number:  <u>1480819XXX</u>
Lien Number:  <u>UC098474</u>
Issue Date:  <u>06-30-12</u>

**ASSESSMENT NUMBER / PERIOD**

| ASSESSMENT | PERIOD | T | BALANCE |
|---|---|---|---|
| WAS00000000036683192 | 1/2012 | C | 1,086.59 |
| WAS00000000036683194 | 1/2012 | I | 44.31 |
| WAS00000000036683193 | 1/2012 | M | 164.63 |
| TOTAL BALANCE DUE | | | 1,295.53 |

201200000296 UR     485 2200
201200000296
Filed for Record in
GUERNSEY COUNTY, OHIO
COLLEEN WHEATLEY, RECORDER
01-12-2012 At 03:16 pm.
EMPL LIEN          .00
OR Book    485 Page 2200 - 2201

Employer Number:  1480819000
Lien Number:  UC092279
Issue Date:  12-31-11

## NOTICE OF LIEN - GUERNSEY County, Ohio

I, Ted Maynard the duly appointed, representative of MICHAEL COLBERT, Director of the Ohio Department of Job and Family Services, do hereby certify and give notice of lien that the following contribution(s) required to be paid by the unemployment contribution law of Ohio in the following amount, or amounts, to the Ohio Department of Job and Family Services, Bureau of Unemployment Compensation Tax by an employer, to wit:

Lynn Abrams-spilker
Southeast Ohio Financial Services
7570 Marysville Rd

Cambridge,Oh 43725

were not paid when due and now are delinquent and will bear interest pursuant to Ohio Revised Code 4141.23 from respective due date as herein above set forth.  Said contribution(s), interest, penalty, and forfeiture, if any, thereon are a lien upon real and personal property of said employer within the county of GUERNSEY , State of Ohio.

I certify the foregoing to be a true and correct copy of the action taken by Ohio Department of Job and Family Services, at Columbus, Ohio with respect to the above matter this on 12-31-11.

"...any contribution, interest, penalty, or forfeiture required to be paid under such sections by any employer shall, if not paid when due, become a lien upon real and personal property of such employer..."
Section 4141.23 ORC.

This instrument was prepared by The Ohio Attorney General.

AG# 10078314      DRL# 1480819000

Ted Maynard
Ohio Department of Job and Family Services

UCTLN2
     Reserved For County Recorder

* A 1 0 0 7 8 3 1 4 C 3 0 D 2 0 1 1 1 2 3 1 R *

Instrument
201200000296 OR
Book Page
485 2201

Employer Number:  1480819000
Lien Number:  UC092279
Issue Date:  12-31-11

ASSESSMENT NUMBER / PERIOD

| ASSESSMENT | PERIOD | T | BALANCE |
|---|---|---|---|
| WAS00000000035759567 | 3/2011 | C | 310.22 |
| WAS00000000035759569 | 3/2011 | I | 10.99 |
| TOTAL BALANCE DUE | | | 321.21 |

## 11TL008752

| | | | |
|---|---|---|---|
| **Case Type** | STATE TAX LIEN | **Action:** | STATE TAX LIEN |
| **Case Status:** | Open | **Status Date:** | 01/07/2011 |
| **File Date:** | 01/07/2011 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information | Party | Judgment | Docket | Disposition



### Party Information

**TAXATION OHIO DEPT OF** - Creditor

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | C/O ATTY DAVID W BURNS |
| **DOD** | | | 309 MAIN ST |
| **Disposition** | | | COSHOCTON, OH 43812 |
| **Disp Date** | | **Phone** | |

**Alias**

*More Party Information*

**ABRAMS-SPILKER, LYNN M** - Debtor

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 7570 MARYSVILLE RD |
| **DOD** | | | CAMBRIDGE, OH 43725 |
| **Disposition** | | **Phone** | |
| **Disp Date** | | | |

**Alias**

**DBA**      SE OHIO FINANCIAL SERVICE

*More Party Information*

### Liens/Judgments

| | | | |
|---|---|---|---|
| **Court** | **County** | **State** | **Rendered Date** |
| COMMON PLEAS | GUERNSEY | OH | 01/01/2011 |
| **Case #** | **Foreign #** | **Execution #** | |
| | 9217052 | | |
| **Case Title** | STATE OF OHIO vs ABRAMS-SPILKER AT EL | **Attorney** | |
| **Journal** | **Page** | **Filed** | **Released** |
| 17 | 223 | 10:09 AM | |

**Judgments:**

| Amount | Interest | Per | From Date | Cost |
|---|---|---|---|---|
| $623.62 | | | 01/01/2011 | |

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 01/07/2011 | STATE TAX LIEN FILED. (IMPORTED) | # -11TL008752 JL -17 PG -223 | |
| 01/07/2011 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

## Case Disposition

| Disposition | Date | Case Judge |
| --- | --- | --- |
| Undisposed | | |

## 11TL008949

| | | | |
|---|---|---|---|
| **Case Type** | STATE TAX LIEN | **Action:** | STATE TAX LIEN |
| **Case Status:** | Open | **Status Date:** | 08/10/2011 |
| **File Date:** | 08/10/2011 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information | Party | Judgment | Docket | Disposition

### Party Information

**TAXATION OHIO DEPT OF** - Creditor

| | | |
|---|---|---|
| DOB | **Address** | ATTORNEY GENERAL |
| DOD | | COLLECTION |
| Disposition | | ENFORCEMENT |
| Disp Date | | 150 E GAY ST 21ST FL |
| | | COLUMBUS, OH 43215 |
| | **Phone** | |

| Alias |
|---|

More Party Information

**ABRAMS-SPILKER, LYNN M** - Debtor

| | | |
|---|---|---|
| DOB | **Address** | 7570 MARYSVILLE RD |
| DOD | | CAMBRIDGE, OH 43725 |
| Disposition | **Phone** | |
| Disp Date | | |

| Alias |
|---|

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| COMMON PLEAS | GUERNSEY | OH | 07/30/2011 |

| **Case #** | **Foreign #** | **Execution #** | |
|---|---|---|---|
| | 9682054 | | |

| **Case Title** | STATE OF OHIO vs ABRAMS-SPILKER | **Attorney** | |
|---|---|---|---|

| **Journal** | **Page** | **Filed** | **Released** |
|---|---|---|---|
| TL17 | 420 | 11:37 AM | |

#### Judgments:

| Amount | Interest | Per | From Date | Cost |
|---|---|---|---|---|
| $122.25 | | | 07/30/2011 | |

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 08/10/2011 | STATE TAX LIEN FILED. (IMPORTED) | 11TL008949  TL17  PG 420 | |
| 08/10/2011 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

## 12ETL00097

| | | | |
|---|---|---|---|
| **Case Type** | TAX LIEN IMPORT | **Action:** | STATE TAX LIEN |
| **Case Status:** | Open | **Status Date:** | 07/27/2012 |
| **File Date:** | 07/27/2012 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information    Party    Judgment    **Disposition**



### Party Information

**ABRAMS-SPILKER, LYNN M** - Debtor

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 7570 MARYSVILLE RD |
| **DOD** | | | CAMBRIDGE, OH 43725 |
| **Disposition** | | **Phone** | |
| **Disp Date** | | | |

**Alias**

More Party Information

**DEPARTMENT OF TAXATION** - Creditor

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | **Phone** |
| **DOD** | | | |
| **Disposition** | | **Alias** | |
| **Disp Date** | | | |

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| **Case #** | **Foreign #** | **Execution #** | |
| **Case Title** | | **Attorney** | |
| **Journal** | **Page** | **Filed** | **Released** |
| | | 11:19 am | |
| **Tax Lien** | **Tax Lien** | | |
| **Rendered** | **Released** | | |
| 07/21/2012 | | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

Created by demo version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

## 13ETL00630

| | | | |
|---|---|---|---|
| **Case Type** | TAX LIEN IMPORT | **Action:** | STATE TAX LIEN |
| **Case Status:** | Open | **Status Date:** | 04/26/2013 |
| **File Date:** | 04/26/2013 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information    Party    Judgment    Disposition



### Party Information

**ABRAMS-SPILKER, LYNN M** - Debtor

| | |
|---|---|
| **DOB** | **Address**   7570 MARYSVILLE RD |
| **DOD** | CAMBRIDGE, OH 43725 |
| **Disposition** | **Phone** |
| **Disp Date** | |
| | **Alias** |

More Party Information

**DEPARTMENT OF TAXATION** - Creditor

| | |
|---|---|
| **DOB** | **Address**   **Phone** |
| **DOD** | |
| **Disposition** | **Alias** |
| **Disp Date** | |

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| **Case #** | **Foreign #** | **Execution #** | |
| **Case Title** | | **Attorney** | |
| **Journal** | **Page** | **Filed**<br>2:35 pm | **Released** |
| **Tax Lien**<br>**Rendered**<br>04/20/2013 | **Tax Lien**<br>**Released** | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

Case 2:18-bk-53874    Doc 12    Filed 06/28/18    Entered 06/28/18 12:13:28    Desc Main
Document      Page 48 of 150

## 13ETL00839

| Case Type | TAX LIEN IMPORT | Action: | STATE TAX LIEN |
|---|---|---|---|
| Case Status: | Open | Status Date: | 09/16/2013 |
| File Date: | 09/16/2013 | Case Judge: | |
| DCM Track: | | Next Event: | |

All Information   Party   Judgment   Disposition



### Party Information

**ABRAMS-SPILKER, LYNN M** - Debtor

| DOB | | Address | 7570 MARYSVILLE RD |
|---|---|---|---|
| DOD | | | CAMBRIDGE, OH 43725 |
| Disposition | | Phone | |
| Disp Date | | | |

Alias

More Party Information

**DEPARTMENT OF TAXATION** - Creditor

| DOB | | Address    Phone |
|---|---|---|
| DOD | | |
| Disposition | | Alias |
| Disp Date | | |

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| Case # | Foreign # | Execution # | |
| Case Title | | Attorney | |
| Journal | Page | Filed | Released |
| | | 8:32 am | |
| Tax Lien | Tax Lien | | |
| Rendered | Released | | |
| 09/07/2013 | | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

1 of 1                                                                                    8/2/201

## 15ETL01849

| | | | |
|---|---|---|---|
| **Case Type** | TAX LIEN IMPORT | **Action:** | STATE TAX LIEN |
| **Case Status:** | Open | **Status Date:** | 08/11/2015 |
| **File Date:** | 08/11/2015 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information    Party    Judgment    Disposition



### Party Information

**ABRAMS-SPILKER, LYNN M** - Debtor

| | | | |
|---|---|---|---|
| DOB | | **Address** | 7570 Marysville Rd |
| DOD | | | Cambridge, OH 43725 |
| Disposition | | **Phone** | |
| Disp Date | | | |

Alias

More Party Information

**DEPARTMENT OF TAXATION** - Creditor

| | | | |
|---|---|---|---|
| DOB | | **Address**   **Phone** | |
| DOD | | | |
| Disposition | | Alias | |
| Disp Date | | | |

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| | | | |
| **Case #** | **Foreign #** | **Execution #** | |
| | | | |
| **Case Title** | | **Attorney** | |
| **Journal** | **Page** | **Filed**<br>12:50 pm | **Released** |
| Tax Lien<br>Rendered<br>08/01/2015 | Tax Lien<br>Released | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

Created by demo version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

## 17JL015264

| | | | |
|---|---|---|---|
| **Case Type** | JUDGMENT LIEN | **Action:** | JUDGMENT LIEN |
| **Case Status:** | Open | **Status Date:** | 02/06/2017 |
| **File Date:** | 02/06/2017 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

**All Information**   Party   Judgment   Docket   Financial   Receipt   Disposition

### Party Information

**SALIM, SULTAN H - Creditor**

| | | |
|---|---|---|
| **DOB** | **Address** | C/O BRYSON LEGAL LLC |
| **DOD** | | 844 S FRONT STREET |
| **Disposition** | | COLUMBUS, OH 43206 |
| **Disp Date** | **Phone** | |

Alias

More Party Information

**ABRAMS-SPILKER, LYNN M - Debtor**

| | | |
|---|---|---|
| **DOB** | **Address** | 7570 MARYSVILLE RD |
| **DOD** | | CAMBRIDGE, OH 43725 |
| **Disposition** | **Phone** | |
| **Disp Date** | | |

Alias

More Party Information

### Liens/Judgments

| Court | County | State | Rendered Date |
|---|---|---|---|
| COMMON PLEAS | GUERNSEY | OH | 07/25/2016 |

| Case # | Foreign # | Execution # | |
|---|---|---|---|
| 15CV450 | | | |

| Case Title | | Attorney | PAUL BRYSON |
|---|---|---|---|
| SULTAN HAMID SALIM vs LYNN M ABRAMS-SPILKER ET AL | | | |

| Journal | Page | Filed | Released |
|---|---|---|---|
| 30 | | | |

### Judgments:

| Amount | Interest | Per | From Date | Cost |
|---|---|---|---|---|
| $42,320.00 | 3% | | 01/25/2016 | $235.49 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | 2:18-bk-53874 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Attorney General of Ohio** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | When was the debt incurred? | | | |
| **Bankruptcy & Collections Enforcement** | | | | |
| **150 E Gay St 21st Floor** | | | | |
| **Columbus, OH 43215** | As of the date you file, the claim is: Check all that apply | | | |
| Number Street City State Zip Code | ☐ Contingent | | | |
| **Who incurred the debt?** Check one. | ☐ Unliquidated | | | |
| ■ Debtor 1 only | ☐ Disputed | | | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations | | | |
| ☐ At least one of the debtors and another | ■ Taxes and certain other debts you owe the government | | | |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated | | | |
| **Is the claim subject to offset?** | ☐ Other. Specify _____ | | | |
| ■ No | **NOTICE ONLY** | | | |
| ☐ Yes | | | | |

Debtor 1  **Lynn M Abrams-Spilker**      Case number (if know)    **2:18-bk-53874**

---

| 2.2 | **Department of Treasury** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Financial Management Service**
**P.O. Box 1686**
**Birmingham, AL 35201-1686**

*Number Street City State Zip Code*

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

■ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**NOTICE ONLY**

---

| 2.3 | **IRS** | Last 4 digits of account number | | **$3,944.28** | **$3,944.28** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Centralized Insolvency**
**Operations**
**Box 7346**
**Philadelphia, PA 19106-7346**

*Number Street City State Zip Code*

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

■ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Taxes**

---

| 2.4 | **Ohio Bureau of Workers Compensation** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Bankruptcy Unit**
**Box 15567**
**Columbus, OH 43215-0567**

*Number Street City State Zip Code*

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

■ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**NOTICE ONLY**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number *(if know)* | **2:18-bk-53874** |
|---|---|---|---|

| **2.5** | **Ohio Dept of Job & Family Services** | Last 4 digits of account number | | **$14,055.42** | **$3,462.72** | **$10,592.70** |

Priority Creditor's Name

**30 E. Broad St**
**32nd Floor**
**Columbus, OH 43215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

---

| **2.6** | **Ohio Dept of Taxation** | Last 4 digits of account number | | **$4,221.49** | **$759.53** | **$3,461.96** |

Priority Creditor's Name

**Bankruptcy Division**
**Box 530**
**Columbus, OH 43266-0030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

---

| **2.7** | **Ohio Dept of Taxation** | Last 4 digits of account number | | **$2,760.30** | **$2,060.30** | **$700.00** |

Priority Creditor's Name

**Bankruptcy Division**
**Box 530**
**Columbus, OH 43266-0030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number *(if know)* | **2:18-bk-53874** |
|---|---|---|---|

than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **American InfoSource LP** | Last 4 digits of account number | | $84.24 |

Nonpriority Creditor's Name

**as agent for First Data**
**PO Box 248838**
**Oklahoma City, OK 73124**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Unsecured**

---

| 4.2 | **American InfoSource LP** | Last 4 digits of account number | | $430.21 |

Nonpriority Creditor's Name

**as agent for Verizon**
**PO Box 248838**
**Oklahoma City, OK 73124**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Unsecured**

---

| 4.3 | **Burns, David Esq.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**309 Main St.**
**Coshocton, OH 43812**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **NOTICE ONLY**

---

Debtor 1   **Lynn M Abrams-Spilker**                                             Case number (if know)    **2:18-bk-53874**

---

| 4.4 | **Cambridge Municipal Court** | Last 4 digits of account number | **0323** | $0.00 |

Nonpriority Creditor's Name
**Case No.: 13CVF00323**
**150 Highland Avenue Ste 1**
**Cambridge, OH 43725-2699**

When was the debt incurred?    **06/21/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **Regional Collection Services vs Lynn Spilker**

---

| 4.5 | **Chex Systems** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**7805 Hudson Rd Ste 100**
**Saint Paul, MN 55125**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **NOTICE ONLY**

---

| 4.6 | **Citibank** | Last 4 digits of account number | **0756** | $0.00 |

Nonpriority Creditor's Name
**Great Lakes Higher Education**
**2401 International Ln**
**Madison, WI 53704**

When was the debt incurred?    **10/01/1999**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **NOTICE ONLY**

---

Debtor 1    **Lynn M Abrams-Spilker**                                          Case number (if know)    **2:18-bk-53874**

---

| 4.7 | **Citifinancial** | Last 4 digits of account number | **0728** | $0.00 |

Nonpriority Creditor's Name

**605 Munn Rd**
**Fort Mill, SC 29715**
Number Street City State Zip Code

**When was the debt incurred?**    **05/2005**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY**

---

| 4.8 | **Credit Collection Services** | Last 4 digits of account number | | $323.00 |

Nonpriority Creditor's Name

**PO BOX 607**
**Norwood, MA 02062**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Unsecured**

---

| 4.9 | **Department of Education** | Last 4 digits of account number | **5949** | $0.00 |

Nonpriority Creditor's Name

**121 S 13th St**
**Lincoln, NE 68508**
Number Street City State Zip Code

**When was the debt incurred?**    **07/2010**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY**

---

Debtor 1  **Lynn M Abrams-Spilker**　　　　　　　　　　　　　Case number (if know)　**2:18-bk-53874**

---

| 4.1 0 | **Department of Education** | Last 4 digits of account number | **6049** | $0.00 |

Nonpriority Creditor's Name
**121 S 13th St**
**Lincoln, NE 68508**
Number Street City State Zip Code

When was the debt incurred?　**07/2010**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**NOTICE ONLY**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 1 | **Educational Credit Management Corp** | Last 4 digits of account number | **0003** | $25,738.00 |

Nonpriority Creditor's Name
**111 Washington Ave S Ste**
**Minneapolis, MN 55401**
Number Street City State Zip Code

When was the debt incurred?　**Opened 01/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Educational Pnc Bank**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 2 | **Educational Credit Management Corp** | Last 4 digits of account number | **0007** | $23,529.00 |

Nonpriority Creditor's Name
**111 Washington Ave S Ste**
**Minneapolis, MN 55401**
Number Street City State Zip Code

When was the debt incurred?　**Opened 01/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Educational Pnc Bank**

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1   **Lynn M Abrams-Spilker**                                                          Case number (if know)   **2:18-bk-53874**

---

| 4.1 3 | **Educational Credit Management Corp** | Last 4 digits of account number | **0004** | $15,598.00 |

Nonpriority Creditor's Name

**111 Washington Ave S Ste**
**Minneapolis, MN 55401**

Number Street City State Zip Code

When was the debt incurred?   **Opened 01/14**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Educational Pnc Bank**

---

| 4.1 4 | **Educational Credit Management Corp** | Last 4 digits of account number | **0006** | $15,516.00 |

Nonpriority Creditor's Name

**111 Washington Ave S Ste**
**Minneapolis, MN 55401**

Number Street City State Zip Code

When was the debt incurred?   **Opened 01/14**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Educational Pnc Bank**

---

| 4.1 5 | **Educational Credit Management Corp** | Last 4 digits of account number | **0001** | $1,267.00 |

Nonpriority Creditor's Name

**111 Washington Ave S Ste**
**Minneapolis, MN 55401**

Number Street City State Zip Code

When was the debt incurred?   **Opened 01/14**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Educational Pnc Bank**

---

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (if know) | **2:18-bk-53874** |

---

<table>
<tr><td>4.1<br>6</td><td colspan="3">

**Educational Credit Management Corp**
Nonpriority Creditor's Name
**111 Washington Ave S Ste**
**Minneapolis, MN 55401**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td></tr>
</table>

**Last 4 digits of account number** **0002**    $616.00
**When was the debt incurred?** **Opened 01/14**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Educational Pnc Bank**

---

4.1 7 **Educational Credit Management Corp**
Nonpriority Creditor's Name
**111 Washington Ave S Ste**
**Minneapolis, MN 55401**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **0005**    $407.00
**When was the debt incurred?** **Opened 01/14**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Educational Pnc Bank**

---

4.1 8 **Enhanced Recovery Company**
Nonpriority Creditor's Name
**8014 Bayberry Rd**
**Jacksonville, FL 32256**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **9610**    $192.00
**When was the debt incurred?** **Opened 5/02/17**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **11 At T Directv**

---

Debtor 1  **Lynn M Abrams-Spilker**                                      Case number (if know)    **2:18-bk-53874**

---

| 4.19 | **Federal Home Loan Mortgage** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PNC Bank, NA**
**3232 Newmark Dr.**
**Miamisburg, OH 45342**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY**

---

| 4.20 | **Fidelity Properties Inc** | Last 4 digits of account number | $344.00 |

Nonpriority Creditor's Name
**220 E Main Street**
**Alliance, OH 44601**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Unsecured**

---

| 4.21 | **First Data** | Last 4 digits of account number | 6000 | $0.00 |

Nonpriority Creditor's Name
**265 Broad Hollow R**
**Melville, NY 11747**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?    **05/01/2012**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY**

---

Debtor 1   **Lynn M Abrams-Spilker**

Case number (*if know*)    **2:18-bk-53874**

---

| 4.2 2 | **Frontier Communications** | Last 4 digits of account number | **5070** | $0.00 |

Nonpriority Creditor's Name

**19 John Street**
**Middletown, NY 10940**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **02/2007**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY**

---

| 4.2 3 | **Great Lakes Higher Education Corp** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**PO Box 7860**
**Madison, WI 53707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY**

---

| 4.2 4 | **Guernsey County Common Pleas Court** | Last 4 digits of account number | **0002** | $0.00 |

Nonpriority Creditor's Name

**Case: 15CV000002**
**801 Wheeling Ave.**
**Cambridge, OH 43725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **01/05/2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Federal Home Loan Mortgage Corporation vs. Lynn Abrams-Spilker, et al**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Lynn M Abrams-Spilker | | Case number (if know) | 2:18-bk-53874 |
|---|---|---|---|---|

---

**4.25**

**Guernsey County Common Pleas Court**

Nonpriority Creditor's Name

**Case: 13CV000176**
**801 Wheeling Ave.**
**Cambridge, OH 43725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0176**                                   $0.00

When was the debt incurred?   **04/16/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Dept of Job and Family Services vs. Lynn Abrams-Spilker**

---

**4.26**

**Guernsey County Common Pleas Court**

Nonpriority Creditor's Name

**Case: 15CV000450**
**801 Wheeling Ave.**
**Cambridge, OH 43725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0450**                                   $0.00

When was the debt incurred?   **10/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Sultan Hamid Salim vs Lynn Abrams-Spilker, et al**

---

**4.27**

**Guernsey County Common Pleas Court**

Nonpriority Creditor's Name

**Case: 14CV000102**
**801 Wheeling Ave.**
**Cambridge, OH 43725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0102**                                   $0.00

When was the debt incurred?   **03/05/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Federal Home Loan Mortgage Corporation vs. Lynn Abrams-Spilker, et al**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Lynn M Abrams-Spilker** _____  Case number (if know)   **2:18-bk-53874**

---

| 4.2 8 | **Guernsey County Common Pleas Court** | Last 4 digits of account number | **0127** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Case: 16CV000127**            When was the debt incurred?    **04/07/2016**
**801 Wheeling Ave.**
**Cambridge, OH 43725**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify   **Federal Home Loan Mortgage Corporation**
                                                           **vs. Lynn Abrams-Spilker, et al**

---

| 4.2 9 | **Law Office Of Robert A. Schuerger** | Last 4 digits of account number | | $8,351.32 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**81 South Fifth St., Suite 400**           When was the debt incurred?
**Columbus, OH 43215**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify   **Collection account**

---

| 4.3 0 | **Loughry, Timothy Esq** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 441**                              When was the debt incurred?
**Marietta, OH 45750**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ■ Other. Specify   **NOTICE ONLY**

---

Debtor 1   **Lynn M Abrams-Spilker**

Case number (if know)   **2:18-bk-53874**

---

| 4.3 1 | **McCarthy, Burgess & Wolff** | | Last 4 digits of account number | | $485.62 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection account**

---

| 4.3 2 | **Paul Bryson, Esq** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**844 S Front St**
**Columbus, OH 43206**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Attorney for Sultan Hamid Salim**

---

| 4.3 3 | **PNC Bank** | | Last 4 digits of account number | **8942** | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Great Lakes Educational Loan services**
**PO Box 7860**
**Madison, WI 53707**

When was the debt incurred?   **09/29/2008**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY**

---

Debtor 1 **Lynn M Abrams-Spilker** _____   Case number (if know)   **2:18-bk-53874**

---

| 4.3 4 | **PNC Mortgage** | Last 4 digits of account number | **5999** | $0.00 |

Nonpriority Creditor's Name

**PO Box 8703**
**Dayton, OH 45401**

**When was the debt incurred?**   **01/07/2005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY**

---

| 4.3 5 | **Regional Collection** | Last 4 digits of account number | | $213.00 |

Nonpriority Creditor's Name

**P.O. Box 441**
**Marietta, OH 45750**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unsecured**

---

| 4.3 6 | **Schuerger II, Robert** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**81 S. Fifth St.**
**Ste 400**
**Columbus, OH 43215-4323**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY**

---

Debtor 1  **Lynn M Abrams-Spilker**                                  Case number (if know)    **2:18-bk-53874**

---

| 4.3 7 | **Suntrust Bank** | Last 4 digits of account number | **1303** | $0.00 |

Nonpriority Creditor's Name

**Great Lakes Educational Loan Services**
**PO Box 7860**
**Madison, WI 53707**

When was the debt incurred?     **10/01/1999**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **NOTICE ONLY**

---

| 4.3 8 | **Suttinger, Bethany Esq.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**120 E 4th St**
**8th Floor**
**Cincinnati, OH 45201**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **NOTICE ONLY**

---

| 4.3 9 | **Synenburg & Associates** | Last 4 digits of account number | | $656.00 |

Nonpriority Creditor's Name

**55 Public Square**
**Suite 1331**
**Cleveland, OH 44113**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Unsecured**

---

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (if know) | **2:18-bk-53874** |

**4.40**

**U S Dept Of Education**
Nonpriority Creditor's Name

**PO Box 4222**
**Iowa City, IA 52244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6991**          $12,979.00

**When was the debt incurred?**    **Opened 7/12/10 Last Active 2/04/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Educational**

---

**4.41**

**U S Dept Of Education**
Nonpriority Creditor's Name

**PO Box 4222**
**Iowa City, IA 52244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0595**          $9,883.00

**When was the debt incurred?**    **Opened 7/12/10 Last Active 2/04/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Educational**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 24,981.49 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 24,981.49 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |

Debtor 1   **Lynn M Abrams-Spilker**                                         Case number (*if know*)   **2:18-bk-53874**

| | | | | |
|---|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 116,612.39 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 116,612.39 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | 2:18-bk-53874 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.   **Do you have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City             State       ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City             State       ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City             State       ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City             State       ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City             State       ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | 2:18-bk-53874 |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                               12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ <br> Name <br><br> _____ <br> Number      Street <br> City           State           ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.2 _____ <br> Name <br><br> _____ <br> Number      Street <br> City           State           ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | **2:18-bk-53874** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Owner/Accountant** | |
| | Employer's name | **Southeast Ohio Financial Services** | |
| | Employer's address | **61114 Southgate Rd<br>Cambridge, OH 43725** | |
| | How long employed there? | **17 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $        **0.00** | $        **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$        **0.00** | +$        **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $        **0.00** | $        **N/A** |

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (*if known*) | **2:18-bk-53874** |
|---|---|---|---|

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $        0.00 | $        N/A |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $        0.00 | $        N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $        0.00 | $        N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $        0.00 | $        N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $        0.00 | $        N/A |
| 5e. | Insurance | 5e. | $        0.00 | $        N/A |
| 5f. | Domestic support obligations | 5f. | $        0.00 | $        N/A |
| 5g. | Union dues | 5g. | $        0.00 | $        N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $        0.00 | + $        N/A |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $        4,213.04 | $        N/A |
| 8b. | Interest and dividends | 8b. | $        0.00 | $        N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $        0.00 | $        N/A |
| 8d. | Unemployment compensation | 8d. | $        0.00 | $        N/A |
| 8e. | Social Security | 8e. | $        0.00 | $        N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $        0.00 | $        N/A |
| 8g. | Pension or retirement income | 8g. | $        0.00 | $        N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $        0.00 | + $        N/A |

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,213.04 | $ N/A

**10.** Calculate monthly income. Add line 7 + line 9. | 10. | $ 4,213.04 | + $ N/A | = $ 4,213.04
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: | 11. +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 4,213.04

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
- ☒ No.
- ☐ Yes. Explain:

## Profit/Loss
### Dec 2017 to May 2018

| | 2017 December | 2018 January | 2018 February | 2018 March | 2018 April | 2018 May |
|---|---|---|---|---|---|---|
| **Income** | $ 6,529.47 | $ 9,006.96 | $ 18,858.94 | $ 29,790.95 | $ 31,011.04 | $ 17,573.38 |
| | | | | | | |
| Bad Debt | $ 3,683.75 | | $ 41.25 | | $ 1,500.00 | |
| Charitable | $ 250.00 | | $ 325.00 | $ 285.00 | $ 170.00 | $ 100.00 |
| Fuel | $ 276.57 | $ 396.35 | $ 235.85 | $ 229.08 | $ 650.93 | $ 601.51 |
| Office | $ 273.45 | $ 107.48 | $ 843.83 | $ 3,346.01 | $ 969.10 | $ 1,253.79 |
| Office Equipment | | | | $ 1,958.27 | | |
| Payroll | $ 2,060.42 | $ 1,038.49 | $ 3,140.72 | $ 4,340.98 | $ 3,774.79 | $ 2,015.21 |
| Contract Labor | $ 1,200.00 | $ 1,700.00 | $ 2,418.73 | $ 3,200.00 | $ 2,904.00 | $ 2,400.00 |
| Dues/Subscriptions | $ 61.79 | $ 11.79 | $ 11.79 | $ 145.93 | $ 13.93 | $ 73.93 |
| Insurance | $ 405.25 | $ 502.49 | $ 416.16 | $ 416.16 | $ 416.14 | $ 381.88 |
| Utilities | $ 116.92 | $ 2,273.71 | $ 2,883.61 | $ 2,408.94 | $ 3,618.68 | $ 1,764.08 |
| Meals | $ 50.44 | $ 79.02 | | | $ 289.57 | $ 701.79 |
| Supplies | $ 514.89 | $ 68.94 | $ 952.15 | $ 64.74 | $ 352.01 | $ 673.67 |
| Advertising | $ 50.00 | $ 97.50 | $ 215.00 | $ 3,509.12 | $ 2,429.70 | $ 100.00 |
| Repairs/Maintenance | | $ 70.00 | $ 586.84 | $ 910.36 | $ 75.00 | $ 249.14 |
| Computer Software/Eq | | $ 2,968.10 | $ 1,275.20 | | $ 377.87 | |
| Legal/Professional | | | $ 150.00 | $ 326.15 | $ 264.58 | $ 355.30 |
| Vehicle | | | | $ 4,254.59 | $ 308.87 | $ 361.50 |
| Travel | | | | | $ 627.95 | $ 568.76 |
| **Total Expenses** | $ 8,943.48 | $ 9,313.87 | $ 13,496.13 | $ 25,395.33 | $ 18,743.12 | $ 11,600.56 |
| | | | | | | |
| **Net Profit** | $ (2,414.01) | $ (306.91) | $ 5,362.81 | $ 4,395.62 | $ 12,267.92 | $ 5,972.82 |



## INCOME STATEMENT

FOR THE PERIOD _____ 12/1/17 ___ TO _____ 12/31/17

NAME OF BUSINESS Southeast Ohio Financial Services (SEOFS)

**GROSS INCOME** $ 6529.47

**EXPENSES:**

| | |
|---|---|
| Vehicle: Gasoline, Repairs | $ 274.57 |
| Insurance | $ 405.25 |
| Materials/Goods | $ |
| Tools/Equipment | $ |
| Payroll to employee(s) | $ 3260.42 |
| Payroll to owner(s) | $ |
| Office supplies | $ 850.13 |
| Telephone | $ |
| Utilities: Electric, Gas, Water | $ 116.92 |
| Advertising | $ 300.00 |
| Travel & ~~Entertainment~~ | $ 50.44 |
| Taxes, Fees, Licenses | $ |
| Other: Bad Debt | $ 3683.75 |
| Other: _____ | $ |

**TOTAL EXPENSES** $ 8943.48

**NET PROFIT (LOSS)** $ (2414.01)

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____ Date 6/25/18

X _____ Date _____

## INCOME STATEMENT

FOR THE PERIOD _____ 1/1/18 _____ TO _____ 1/31/18

NAME OF BUSINESS  Southeast Ohio Financial Services (SEOFS)

GROSS INCOME                              $ 9006.96

EXPENSES:

    Vehicle: Gasoline, Repairs          $ 396.35

    Insurance                           $ 502.49

    Materials/Goods                     $ _____

    Tools/Equipment                     $ 2968.10

    Payroll to employee(s)              $ 2738.49

    Payroll to owner(s)                 $ _____

    Office supplies                     $ 188.21

    Telephone                           $ _____

    Utilities: Electric, Gas, Water     $ 2273.71

    Advertising                         $ 97.50

    Travel & ~~Entertainment~~          $ _____

    Taxes, Fees, Licenses               $ _____

    Other: Repairs/mt.                  $ 70.00

    Other: _____                  $ _____

TOTAL EXPENSES                            $ 9313.87

NET PROFIT (LOSS)                         $ (306.91)

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____     Date 6/25/18

X _____     Date _____

## INCOME STATEMENT

FOR THE PERIOD _____ 2/1/18 TO _____ 2/28/18

NAME OF BUSINESS  Southeast Ohio Financial Services (SEOFS)

GROSS INCOME                              $ 18858.94

EXPENSES:

    Vehicle: Gasoline, Repairs       $ 235.85

    Insurance                              $ 416.16

    Materials/Goods                     $ _____

    Tools/Equipment                     $ 1275.20

    Payroll to employee(s)             $ 5559.45

    Payroll to owner(s)                 $ _____

    Office supplies                        $ 1807.77

    ~~Telephone~~ Legal /Prof.          $ 150.00

    Utilities: Electric, Gas, Water    $ 2883.61

    Advertising                           $ 540.00

    Travel & ~~Entertainment~~       $ _____

    Taxes, Fees, Licenses              $ _____

    Other: Bad debt                     $ 41.25

    Other: Repairs/Mt.                 $ 586.84

TOTAL EXPENSES                          $ 13496.13

NET PROFIT (LOSS)                       $ 5362.81

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____   Date 6/25/18

X _____   Date _____

## INCOME STATEMENT

FOR THE PERIOD _3/1/18_ TO _3/31/18_

NAME OF BUSINESS Southeast Ohio Financial Services (SEOFS)

### GROSS INCOME                              $ 29 790.95

### EXPENSES:

| | |
|---|---|
| Vehicle: Gasoline, Repairs | $ 4483.67 |
| Insurance | $ 416.16 |
| Materials/Goods | $ |
| Tools/Equipment | $ 1958.27 |
| Payroll to employee(s) | $ 7540.98 |
| Payroll to owner(s) | $ |
| Office supplies | $ 3556.68 |
| ~~Telephone~~ Legal/Prof. | $ 326.15 |
| Utilities: Electric, Gas, Water | $ 2408.94 |
| Advertising | $ 3794.12 |
| Travel & ~~Entertainment~~ | $ |
| Taxes, Fees, Licenses | $ |
| Other: _____ | $ |
| Other: Repairs/mt | $ 910.36 |
| TOTAL EXPENSES | $ 25395.33 |
| NET PROFIT (LOSS) | $ 4395.62 |

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____   Date _6/26/18_

X _____   Date _____

## INCOME STATEMENT

FOR THE PERIOD _____ 4/1/18 TO _____ 4/30/18

NAME OF BUSINESS Southeast Ohio Financial Services (SEOFS)

GROSS INCOME                                    $ 31011.04

EXPENSES:

    Vehicle: Gasoline, Repairs        $ 959.80

    Insurance                                    $ 416.14

    Materials/Goods                          $ _____

    Tools/Equipment                          $ 377.87

    Payroll to employee(s)               $ 6678.79

    Payroll to owner(s)                    $ _____

    Office supplies                            $ 1335.04

    ~~Telephone~~ Legal / Prof.        $ 264.58

    Utilities: Electric, Gas, Water      $ 3618.68

    Advertising                                 $ 2599.70

    Travel & ~~Entertainment~~       $ 917.52

    Taxes, Fees, Licenses               $ _____

    Other: Bad Debt                        $ 1500.00

    Other: Repairs/Mt.                    $ 75.00

TOTAL EXPENSES                              $ 18743.12

NET PROFIT (LOSS)                          $ 12267.92

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____ Date 6/26/18

X _____ Date _____

## INCOME STATEMENT

FOR THE PERIOD _____ 5/1/18 _____ TO _____ 5/31/18

NAME OF BUSINESS Southeast Ohio Financial Services (SEOFS)

### GROSS INCOME                              $ 17573.38

### EXPENSES:

| | |
|---|---|
| Vehicle: Gasoline, Repairs | $ 963.01 |
| Insurance | $ 381.88 |
| Materials/Goods | $ |
| Tools/Equipment | $ |
| Payroll to employee(s) | $ 4415.21 |
| Payroll to owner(s) | $ |
| Office supplies | $ 2001.39 |
| ~~Telephone~~ Legal/Prof | $ 355.30 |
| Utilities: Electric, Gas, Water | $ 1764.08 |
| Advertising | $ 200.00 |
| Travel & ~~Entertainment~~ | $ 1270.55 |
| Taxes, Fees, Licenses | $ |
| Other: _____ | $ |
| Other: Repairs/mt. | $ 249.14 |

### TOTAL EXPENSES                           $ 11600.56

### NET PROFIT (LOSS)                        $ 5972.82

To the best of my knowledge, this is a true, complete and accurate statement of income.

X _____     Date _6/26/18_

X _____     Date _____

| | |
|---|---|
| **Fill in this information to identify your case:** | |

Debtor 1     **Lynn M Abrams-Spilker**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number    **2:18-bk-53874**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (if known) | **2:18-bk-53874** |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---:|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **0.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **0.00** |
| | 6d. | Other. Specify: **Gas** | 6d. | $ | **100.00** |
| | | **Electric** | | $ | **300.00** |
| | | **Refuse** | | $ | **20.00** |
| | | **Telephone** | | $ | **60.00** |
| | | **Water** | | $ | **50.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **300.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **25.00** |
| 10. | **Personal care products and services** | | 10. | $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **388.04** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | Other: Specify: **Paper towels, toilet paper, deodorant, soap** | | 21. | +$ | **20.00** |
| | | **Toothpaste/mouthwash, razors/shaving cream, shampoo/cond** | | +$ | **15.00** |
| | | **Hairspray, haircuts, contact cleaning solution, make-up** | | +$ | **25.00** |
| | | **Feminine/masculine items, dishwashing/laundry detergent** | | +$ | **25.00** |
| | | **Cleaning solutions** | | +$ | **25.00** |
| | | **Postage stamps, light bulbs, trash bags, sweeper bags** | | +$ | **15.00** |
| | | **Pet food & supplies, vet services** | | +$ | **50.00** |

| | | | | |
|---|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **1,668.04** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **1,668.04** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **4,213.04** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **1,668.04** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **2,545.00** |

| | |
|---|---|
| Debtor 1    **Lynn M Abrams-Spilker** | Case number (if known)    **2:18-bk-53874** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ **No.**

☐ **Yes.**    Explain here:

   **Schedule J: Your Expenses**   

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | **2:18-bk-53874** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Lynn M Abrams-Spilker** | X _____ |
|---|---|
| **Lynn M Abrams-Spilker** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date   **June 28, 2018** | Date _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lynn M Abrams-Spilker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | **2:18-bk-53874** |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☐  Married
■  Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$18,795.12** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Lynn M Abrams-Spilker**                                    Case number *(if known)*   **2:18-bk-53874**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $123,014.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $107,151.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■   No
☐   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐   No.   Go to line 7.
   ☐   Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■   No.   Go to line 7.
   ☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Lynn M Abrams-Spilker | Case number *(if known)* | 2:18-bk-53874 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Regional Collections vs Lynn Spilker 13CVF00323** | **Civil** | **Cambridge Municipal Court 150 Highland Avenue Ste 1 Cambridge, OH 43725-2699** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**06/21/2013 Case filed; 08/26/2014 DJ granted.** |
| **Federal Home Loan Mortgage vs Lynn Abrams-Spilker 15CV000002** | **Foreclosure** | **Guernsey County Common Pleas Court 801 Wheeling Ave. Cambridge, OH 43725** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**01/05/2015 Case filed; 04/24/2015 DJ granted; 08/05/2015 case dismissed.** |
| **Sultan Hamid Salim vs Lynn Abrams-Spilker, et al 15CV000450** | **Civil** | **Guernsey County Common Pleas Court 801 Wheeling Ave. Cambridge, OH 43725** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**10/30/2015 Case filed; 02/04/2016 DJ granted.** |
| **Dept of Job and Family Services vs Lynn Abrams-Spilker 13CV000176** | **Civil** | **Guernsey County Common Pleas Court 801 Wheeling Ave. Cambridge, OH 43725** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**04/16/2013 case filed; 07/25/2013 DJ granted.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Lynn M Abrams-Spilker**    Case number *(if known)*    **2:18-bk-53874**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Federal Home Loan Mortgage vs Lynn Abrams-Spilker**<br>**14CV000102** | **Foreclosure** | **Guernsey County Common Pleas Court**<br>**801 Wheeling Ave.**<br>**Cambridge, OH 43725** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**03/05/2014 Case filed;**<br>**03/27/2014 Cse dismissed.** |
| **Federal Home Loan Mortgage vs Lynn Abrams Spilker**<br>**16CV000127** | **Foreclosure** | **Guernsey County Common Pleas Court**<br>**801 Wheeling Ave.**<br>**Cambridge, OH 43725** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**04/07/2016 Case filed;**<br>**07/11/2016 DJ granted.** |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■  No. Go to line 11.
☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■  No
☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■  No
☐  Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■  No
☐  Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■  No
☐  Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1   **Lynn M Abrams-Spilker**                                  Case number *(if known)*   **2:18-bk-53874**

---

**Part 6:** **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

**Part 7:** **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Marczewski Law Offices, LLC**<br>**1020 Maple Avenue**<br>**Zanesville, OH 43701** | **Debtor paid $1500.00.**<br>**Itemized as follows:**<br>**$310.00 for court filing fees**<br>**$1140.00 for attorney fees**<br>**$50.00 for credit report** | **06/19/2018 -**<br>**$1500.00** | **$1,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

---

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number *(if known)* | **2:18-bk-53874** |
|---|---|---|---|

---

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Lynn M Abrams-Spilker**                                         Case number *(if known)* **2:18-bk-53874**

---

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Southeast Ohio Financial Services**<br>**61114 Southgate Rd**<br>**Cambridge, OH 43725** | **Accounting**<br><br>**Self** | EIN:   26-0802364<br><br>From-To   2001 - present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Lynn M Abrams-Spilker**
**Lynn M Abrams-Spilker**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **June 28, 2018**                                       Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Lynn M Abrams-Spilker**                                    Case number *(if known)*   **2:18-bk-53874**

■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# SUMMARY
## ~ CIVIL CASE 13CVF00323

Return to Search Results        New Lookup

Summary  Status  Docket  Judgment  Plaintiff  Defendant

| | |
|---|---|
| REGIONAL COLLECTION SERVICES INC | |
| P.O. BOX 441 | |
| 201 S. EIGHTH STREET | |
| MARIETTA , OH 45750 | |
| vs. | |
| LYNN SPILKER | |
| 7570 MARYSVILLE ROAD | |
| CAMBRIDGE , OH 43725 | |

| | |
|---|---|
| Judge: | JOHN MARK NICHOLSON |
| Date: | 06/26/2014 |
| Time: | |
| Status: | JOURNAL ENTRY |
| Action: | MONEY ONLY |
| | $502.55 |
| | 3% PER ANNUM |

| Plaintiff: | (1 Total) |
|---|---|
| Name: | REGIONAL COLLECTION SERVICES INC |
| Attorney: | LOUGHRY, TIMOTHY |
| Attorney Phone: | 740-374-4300 |

| Defendant: | (1 Total) |
|---|---|
| Name: | LYNN SPILKER |
| Attorney: | Pro Se Representation |
| Attorney Phone: | |

CIVICA
CMi  Authority Web Connect © 2016
5.0.18
Creative Microsystems Inc.
www.civicacmi.com

9/6/2016 3:46 PM

# DOCKET
### ~ CIVIL CASE 13CVF00323

Return to Search Results          New Lookup

[Summary] [Status] [Docket] [Judgment] [Plaintiff] [Defendant]

| Date | Remarks |
|------|---------|
| 06/21/2013 | COMP - COMPLAINT FILED, 6/21/2013, CT |
| 06/21/2013 | SUMC - SUMMONS ISS CERT MAIL, COMPLAINT/SUMMONS SENT TO DEFENDANT THIS DATE BY CERTIFIED MAIL.CT |
| 07/08/2013 | SURC - SUMMONS RET UNDELIV/UNCLAIMDEFENDANT'S COMPLAINT RETURNED TO THE COURT THIS DATE MARKED "UNCLAIMED" AND ATTORNEY LOUGHRY NOTIFIED OF INCOMPLETE SERVICE./CT |
| 07/18/2013 | PRF - PRECIPE FILEDPRECIPE FOR REGULAR MAIL SERVICE ON DEFENDANT FILED THIS DATE BY ATTORNEY LOUGHRY.CT |
| 07/19/2013 | SUAR - ALIAS SUMMONS ISSUED REG MAIL,ALIAS SUMMONS RUN AND THE COMPLAINT SENT BACK OUT TO DEFENDANT THIS DATE BY REGULAR MAIL.CT |
| 07/19/2013 | SERV - SERVICE OBTAINEDSERVICE CONSIDERED OBTAINED BY REGULAR MAIL AND ATTORNEY LOUGHRY NOTIFIED. CT |
| 08/20/2013 | DJM - A7,12 MOTION FOR DEFAULT JUDG FILEDPLAINTIFF'S MOTION FOR DEFAULT & JUDGMENT ENTRY FILED THIS DATE BY ATTORNEY LOUGHRY.CT |
| 08/26/2013 | DEFAULT JUDGMENT GRANTED UPON MOTION OF THE PLAINTIFF HEREIN, HAVING BEEN FIRST DULY SET AND HEARD, THE COURT FINDS THAT THE ALLEGATIONS STATED IN PLAINTIFF'S MOTION ARE TRUE AND SAID MOTION SHOULD BE SUSTAINED, AND THE COURT MAKES THE FOLLOWING ORDER. WHEREFORE, IT IS THE ORDER OF THIS COURT THAT THE PLAINTIFF BE GRANTED JUDGMENT AGAINST THE DEFENDANT HEREIN IN THE AMOUNT OF $502.55 PLUS INTEREST AS PROVIDED BY LAW AND COSTS OF THIS ACTION. S/JOHN MARK NICHOLSON, JUDGE |
| 11/22/2013 | GARW - GARNISHMENT OF WAGES FILED, *****SEE STATUS FOR ALL GARNISHMENT INFORMATION*****.CT |
| 05/08/2014 | MOTION FOR ORDER TO SHOW CAUSE ON GARNISHEE, AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE ON GARNISHEE AND ORDER TO APPEAR FILED BY ATTORNEY TIMOTHY LOUGHRY THIS DATE. LAM |
| 05/09/2014 | THIS DAY THIS CAUSE CAME ON TO BE HEARD UPON THE MOTION OF THE PLAINTIFF FOR AN ORDER REQUIRING THE GARNISHEE TO APPEAR PERSONALLY BEFORE THE COURT TO SHOW CAUSE WHY THEY SHOULD NOT BE PUNISHED FOR THEIR FAILURE TO ABIDE BY THE ORDER FILED NOVEMBER 22, 2013, ORDERING THEM TO GARNISH THE WAGES OF THE DEFENDANT. THE COURT, BEING FULLY ADVISED IN THE PREMISES, FINDS SAID MOTION WELL TAKEN AND HEREBY SUSTAINS THE SAME. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT THE GARNISHEE PERSONALLY APPEAR AT THE CAMBRIDGE MUNICIPAL COURT ON THE 19TH DAY OF JUNE, 2014, AT 10:00 A.M. TO SHOW CAUSE WHY THEY SHOULD NOT BE PUNISHED FOR FAILURE TO COMPLY WITH THE ORDERS OF THIS COURT.PC: TIMOTHY LOUGHRY, ATTORNEY FOR PLAINTIFF SOUTHEAST OHIO FINANCIAL SERVICE, EMPLOYER'S/JOHN M. NICHOLSON, JUDGE" |
| 05/13/2014 | SERV - SERVICE OBTAINEDCERTIFIED MAIL SERVICE OF THE CONTEMPT PAPERWORK OBTAINED ON "SOUTHEAST OHIO FINANCIAL SERVICE" DEFENDANT'S EMPLOYER THIS DATE.CT |
| 06/25/2014 | MAGD - DECISION OF MAGISTRATE, DECISION OF MAGISTRATE FILED THIS DATE.S/GERALD L. JONES, MAGISTRATEPC: ATTY LOUGHRY DEFENDANT SOUTHEAST OHIO FINANCIAL SERVICES |
| 06/25/2014 | JOURNAL ENTRY THE GARNISHEE SOUTHEAST OHIO FINANCIAL SERVICE IS IN CONTEMPT OF COURT AND JUDGMENT IS ISSUED IN FAVOR OF CREDITOR, REGIONAL COLLECTION SERVICES, INC. AND AGAINST SOUTHEAST OHIO FINANCIAL SERVICE IN THE AMOUNT OF FIVE HUNDRED DOLLARS ($500.00) FOR ATTORNEY FEES, WHICH ARE REASONABLE, PLUS THE $50.00 COST OF THIS CONTEMPT ACTION. FURTHER, GARNISHEE SHALL IMMEDIATELY BEGIN WITHHOLDING THE WAGES OF DEFENDANT, AS ORDERED IN THE GARNISHMENT ORDER. IT IS SO ORDERED.S/JOHN MARK NICHOLSON, JUDGEPC: ATTY LOUGHRY DEFENDANT SOUTHEAST OHIO FINANCIAL SERVICE |

## 13CV000176

| | | | |
|---|---|---|---|
| **Case Type** | CIVIL | **Action:** | OTHER CIVIL |
| **Case Status:** | Closed | **Status Date:** | 04/16/2013 |
| **File Date:** | 04/16/2013 | **Case Judge:** | ELLWOOD, DAVID A |
| **DCM Track:** | | **Next Event:** | |

All Information   Party   Event   Docket   Financial   **Disposition**

### Party Information



**JOB AND FAMILY SERVICES DEPT OF** - Plaintiff

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 30 E BROAD ST |
| **Disposition** | | | 32ND FL |
| **Disp Date** | | | COLUMBUS, OH 43215 |
| | | **Phone** | |

**Alias**

More Party Information

**ABRAMS-SPILKER, LYNN M** - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | SOUTHWEST OHIO |
| **Disposition** | | | FINANCIAL SERVICES |
| **Disp Date** | | | 7570 MARYSVILLE RD |
| | | | CAMBRIDGE, OH 43725 |
| | | **Phone** | |

**Alias**

More Party Information

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 08/04/2014 11:30 AM | | JUDGMENT DEBTOR EXAM | CONTINUED | HOLLINS, MARCIA A |
| 08/29/2014 11:30 AM | | JUDGMENT DEBTOR EXAM | | HOLLINS, MARCIA A |
| 10/06/2014 11:00 AM | | JUDGMENT DEBTOR EXAM | CONTINUED | HOLLINS, MARCIA A |
| 11/17/2014 11:30 AM | | JUDGMENT DEBTOR EXAM | | HOLLINS, MARCIA A |

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 04/16/2013 | COMPLAINT (CIVIL) FILED | COMPLAINT FILED FOR MONEY ONLY./KMS | $26.00 |
| 04/16/2013 | CIVIL (ADMN FEES) | | $77.00 |
| 04/16/2013 | CIVIL DEPOSIT | CIVIL DEPOSIT | $173.00 |
| 04/16/2013 | (DEACTIVATED) SUMMONS AND CERTIFICATION | SUMMONS AND CERTIFICATION | $4.00 |
| 04/16/2013 | POSTAGE - CERTIFIED MAIL | Issue Date: 04/16/2013<br>Service: SUMMONS - CERTIFIED MAIL (N)<br>Method: CIVIL / CERTIFIED MAIL<br>Cost Per: $ 7.31 | $7.31 |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | ABRAMS-SPILKER, LYNN M<br>SOUTHWEST OHIO FINANCIAL SERVICES<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: 71969008911188565437 | |
| 04/16/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 04/23/2013 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method    : CIVIL / CERTIFIED MAIL<br>Issued    : 04/16/2013<br>Service   : SUMMONS - CERTIFIED MAIL (N)<br>Served    : 04/22/2013<br>Return    : 04/23/2013<br>On        : ABRAMS-SPILKER, LYNN M<br>Signed By : LYNN ABRAMS SPILKER<br><br>Reason    : SERVICE SUCCESSFUL<br>Comment   :<br><br>Tracking #: 71969008911188565437 | |
| 04/23/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 05/24/2013 | MOTION (NO FEES) | PLAINTIFF, OHIO DEPARTMENT OF JOB AND FAMILY SERVICES' MOTION FOR DEFAULT JUDGMENT FILED BY ATTY ROBERT SCHUERGER II W/CERTIFICATE OF SERVICE<br>Attorney: SCHUERGER II, ROBERT A (82020) | |
| 05/24/2013 | ORDER | ORDER: CASE COMES BEFORE THE COURT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT. SAID MOTION IS HEREBY SCHEDULED FOR NON-ORAL HEARING ON 06/17/13 TO BE BASED UPON THE PLEADINGS/INFORMATION THEN BEFORE THE COURT. | $3.00 |
| 05/24/2013 | COPIES | COPIES | $0.50 |
| 05/24/2013 | POSTAGE - FIRST CLASS MAIL | POSTAGE | $0.92 |
| 05/24/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 06/28/2013 | ORDER | ORDER- THIS CASE COMES BEFORE THE COURT FOR NON-ORAL HEARING UPON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT. THE COURT FINDS PLAINTIFF FAILED TO FILE A MILITARY AFFIDAVIT. THEREFORE, THE NON-ORAL HEARING IN THIS MATTER IS CONTINUED TO 7/12/13./KMS | $3.00 |
| 06/28/2013 | COPIES | COPIES | $0.50 |
| 06/28/2013 | POSTAGE (ADJ) | POSTAGE | $0.92 |
| 06/28/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 07/11/2013 | AFFIDAVIT (FREE FORM) | AFFIDAVIT THAT DEFENDANTS LYNN ABRAMS-SPILKER IS NOT IN THE MILITARY SERVICE, A MINOR, OR INCOMPETENT FILED | |
| 07/11/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 07/25/2013 | ORDER | DEFAULT JUDGMENT GRANTED TO PLAINTIFF AGAINST DEFENDANT LYNN ABRAMS-SPILKER IN THE AMOUNT OF $5,761.11 AT THE RATE OF 14% FROM 5/21/13. COSTS TO BE TAXED TO DEFENDANT./KMS | $6.00 |
| 07/25/2013 | COPIES | COPIES | $1.00 |
| 07/25/2013 | TS COPY JUDGMENT ENTRY/ MAILED FCM | TS COPY OF JUDGMENT ENTRY MAILED FIRST CLASS MAIL TO ATTY SCHUERGER II<br>LYNN ABRAMS-SPILKER | $0.92 |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 07/25/2013 | COST BILL PRINTED | COST BILL PRINTED. COURT COSTS ASSESSED TO DEFENDANT./KMS | $2.00 |
| 07/25/2013 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 04/12/2014 | [A/R] - AGO COLLECTIONS (ORC 131.02(F)(2) | [A/R] - AGO COLLECTIONS  (ORC 131.02(F)(2) | |
| 07/11/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 07/11/2014 | JD EXAM-PRECIPE | PRECIPE FOR A JUDGMENT DEBTOR EXAMINATION FILED BY: STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES | |
| 07/11/2014 | JD EXAM MOTION | MOTION FOR A JUDGMENT DEBTOR EXAMINATION AND AFFIDAVIT FILED BY STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES | $16.00 |
| 07/11/2014 | JD EXAM (ADMN FEES) | JD EXAM (ADMN FEES) | $51.00 |
| 07/11/2014 | JD EXAM ORDER | ORDER IN AID OF EXECUTION HEARING DATE: 8/4/14 AT 11:30 PM. JUDGMENT DEBTOR ORDERED TO APPEAR | $3.00 |
| 07/14/2014 | POSTAGE - CERTIFIED MAIL | MOTION AND ORDER FOR JUDGMENT DEBTOR EXAM Issue Date: 07/14/2014 Service:  CERTIFIED MAILER Method:  CIVIL / CERTIFIED MAIL Cost Per: $      8.70    ABRAMS-SPILKER, LYNN M SOUTHWEST OHIO FINANCIAL SERVICES 7570 MARYSVILLE RD CAMBRIDGE, OH   43725 Tracking No: 9414726699042001466316 | $8.70 |
| 07/14/2014 | NOTICE | NOTICE OF HEARING MAILED BY CERTIFIED MAIL UPON JUDGMENT DEBTOR./KMS | |
| 07/14/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 08/01/2014 | NON-SERVICE NOTICE | FAILURE OF SERVICE NOTICE ISSUED TO ATTY ROBERT SCHUERGER II Method    : CIVIL / CERTIFIED MAIL Issued    : 07/14/2014 Service    : CERTIFIED MAILER Served     : Return    : 08/01/2014 On        : ABRAMS-SPILKER, LYNN M Signed By :    Reason    : FAILURE OF SERVICE / CERTIFIED MAIL Comment   : UNCLAIMED    Tracking #: 9414726699042001466316 | $1.25 |
| 08/01/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 08/05/2014 | ORDER | ORDER- THIS CASE CAME ON FOR JUDGMENT DEBTOR EXAMINATION. THE COURT TAKING JUDICIAL NOTICE OF THE FILE FINDS THAT SERVICE HAS NOT BEEN PERFECTED UPON DEFENDANT. THE COURT FINDS THAT THIS COUNSEL IS GRANTED 14 DAYS IN WHICH TO FILE AN ALIAS PRECIPE FOR SERVICE. THIS CASE IS RESCHEDULED JUDGMENT DEBTOR EXAMINATION ON AUGUST 29, 2014 AT 11:30 AM. THE COURT MAY ADMINISTRATIVELY DISMISS THE MOTION FOR JUDGMENT DEBTOR EXAMINATION IF NO ALIAS PRECIPE FOR SERVICE IS FILED WITH THE COURT WITHIN FOURTEEN DAYS OF THE DATE OF THIS ENTRY. COURT COSTS FROM DEPOSIT OR OTHERWISE ASSESSED TO PLAINTIFF./BKA | $3.00 |
| 08/05/2014 | COPIES | COPIES | $0.50 |

Case 2:18-bk-53874   Doc 12   Filed 06/28/18   Entered 06/28/18 12:13:28   Desc Main
Document    Page 97 of 150

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 08/05/2014 | POSTAGE (ADJ) | POSTAGE | $0.49 |
| 08/05/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 08/11/2014 | (DEACTIVATED) SUMMONS-CERT OF MAILING | SUMMONS AND CERTIFIED COPY OF THE COMPLAINT AND INITIAL FILINGS MAILED BY FIRST CLASS MAIL WITH MAILING CERTIFICATE TO:<br><br>LYNN ABRAMS-SPILKER | $7.00 |
| 08/11/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 08/12/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 09/04/2014 | ORDER | ORDER- CASE CAME BEFORE THE COURT FOR JUDGMENT DEBTOR EXAMINATION. COURT FINDS THAT CERTIFIED MAIL SERVICE WAS RETURNED "UNCLAIMED" CLERK OF COURTS THEN MAILED MOTION FOR JUDGMENT DEBTOR TOGETHER WITH ORDER TO APPEAR BY US REG MAIL AND CERT OF MAILING, WHICH HAS NOT BEEN RETURNED . COURT FINDS THAT THIS CASE SHOULD BE RESCHEDULED FOR JUDGMENT DEBTOR EXAMINATION BEFORE THE MAGISTRATE OF THIS COURT ON 10/06/14 AT 11:00AM. LYNN M ABRAMS-SPILKER IS CAUTIONED THAT FAILURE TO APPEAR FOR THE JUDGMENT DEBTOR EXAMINATION MAY RESULT IN A CAPIAS BEING ISSUED FOR HER ARREST. | $3.00 |
| 09/04/2014 | COPIES | COPIES | $0.75 |
| 09/04/2014 | POSTAGE (ADJ) | POSTAGE | $1.47 |
| 09/04/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 10/06/2014 | MOTION (NO FEES) | MOTION FOR CONTINUANCE AND CERTIFICATE OF SERVICE FILED<br>Attorney: SCHUERGER II, ROBERT A (82020) | |
| 10/06/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 10/08/2014 | ORDER | ORDER- THIS CASE CAME BEFORE THE MAGISTRATE ON PLAINTIFF'S MOTION FOR CONTINUANCE OF THE JUDGMENT DEBTOR EXAMINATION SCHEDULED FOR OCTOBER 6, 2014 AT 11:00 AM. THE MAGISTRATE FINDS THE MOTION FOR CONTINUANCE SHOULD BE GRANTED. THE CASE SHOULD BE RESCHEDULED FOR JUDGMENT DEBTOR EXAMINATION TO MAGISTRATE HOLLINS ON NOVEMBER 17, 2014 AT 11:30 AM TO PERMIT PLAINTIFF TO PERFECT SERVICE UPOND EFENDANT. | $3.00 |
| 10/08/2014 | COPIES | COPIES | $0.25 |
| 10/08/2014 | TS COPY JUDGMENT ENTRY/ MAILED FCM | TS COPY OF JUDGMENT ENTRY MAILED FIRST CLASS MAIL TO LYNN SPILKER ABRAMS | $0.00 |
| 10/08/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 11/10/2014 | PRECIPE | PRECIPE FOR SERVICE BY GUERNSEY CO SHERIFF UPON:<br><br>LYNN ABRAMS-SPILKER<br>SOUTHEAST OHIO FINANCIAL SERVICES<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725 | |
| 11/10/2014 | JD EXAM ISSUE-PS | NOTICE OF HEARING AND CERTIFIED COPY OF THE MOTION AND ORDER FOR JUDGMENT DEBTOR EXAMINATION ISSUED TO THE SHERIFF OF GUERNSEY CO FOR SERVICE UPON:<br><br>LYNN ABRAMS-SPILKER | $5.00 |
| 11/10/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 11/17/2014 | SERVICE RETURN - GUERNSEY | SERVICE RETURN OF GUERNSEY COUNTY SHERIFF FILED/ENDORSED: SUMMONS, LYNN ABRAMS-SPILKER, R (KATIE SPILKER), 11/14/14 | $20.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 11/17/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 11/19/2014 | ORDER | ORDER- THIS CASE CAME BEFORE THE COURT FOR JUDGMENT DEBTOR EXAMINATION ON NOVEMBER 17, 2014 AT 11:30 AM. THE COURT FINDS THAT GUERNSEY COUNTY SHERIFF SERVED THE KATIE SPILKER ON BEHALF OF DEFENDANT LYNN M ABRAMS-SPILER AT HER RESIDENCE ON 11/14/14.  COUNSEL MAY FILE APPROPRIATE MOTION FOR SHOW CAUSE WITHIN 14 DAYS OF THIS ENTRY, OTHERWISE THE MOTION FOR JUDGMENT DEBTOR EXAMINATION MAY BE ADMINISTRATIVELY DISMISSED BY THE COURT FOR FAILURE TO PROSECUTE./BKA | $3.00 |
| 11/19/2014 | COPIES | COPIES | $0.50 |
| 11/19/2014 | POSTAGE - FIRST CLASS MAIL | POSTAGE | $1.40 |
| 11/19/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 02/10/2015 | NOTICE | NOTICE OF DISMISSAL OF JUDGMENT DEBTOR EXAMINATION WITHOUT PREJUDICE FILED BY ATTY ROBERT SCHUEGER II | |
| 02/10/2015 | COST BILL PRINTED | COST BILL PRINTED. COURT COSTS ASSESSED | $3.00 |
| 07/16/2015 | [A/R] - AGO COLLECTIONS (ORC 131.02(F)(2) | [A/R] - AGO COLLECTIONS  (ORC 131.02(F)(2) | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| ADMN FEES | $128.00 | $0.00 | $0.00 | $128.00 |
| CLERK/COUNTY | $117.38 | $0.00 | $0.00 | $117.38 |
| SVC FEES- GUERNSEY | $20.00 | $0.00 | $0.00 | $20.00 |
| | **$265.38** | **$0.00** | **$0.00** | **$265.38** |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| GUILTY OR NO CONT-ORIG CHRG(CR)/DEFAULT(CV) | 07/25/2013 | ELLWOOD, DAVID A |

## 14CV000102

| | | | |
|---|---|---|---|
| **Case Type** | CIVIL | **Action:** | FORECLOSURES |
| **Case Status:** | Closed | **Status Date:** | 03/05/2014 |
| **File Date:** | 03/05/2014 | **Case Judge:** | ELLWOOD, DAVID A |
| **DCM Track:** | | **Next Event:** | |

All Information   Party   Docket   Financial   Checks   Receipt   Disposition

### Party Information

**FEDERAL HOME LOAN MORTGAGE CORPORATION** - Plaintiff

| | |
|---|---|
| **DOB** | **Address**   C/O PNC BANK |
| **Disposition** | 3232 NEWMARK DR |
| **Disp Date** | MIAMISBURG, OH 45342 |
| | **Phone** |

Alias

More Party Information

**ABRAMS-SPILKER, LYNN M** - Defendant

| | |
|---|---|
| **DOB** | **Address**   7570 MARYSVILLE RD |
| **Disposition** | CAMBRIDGE, OH 43725 |
| **Disp Date** | **Phone** |

Alias

More Party Information

**JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER** - Defendant

| | |
|---|---|
| **DOB** | **Address**   7570 MARYSVILLE RD |
| **Disposition** | CAMBRIDGE, OH 43725 |
| **Disp Date** | **Phone** |

Alias

More Party Information

**TREASURER GUERNSEY COUNTY** - Defendant

| | |
|---|---|
| **DOB** | **Address**   627 WHEELING AVE |
| **Disposition** | CAMBRIDGE, OH 43725 |
| **Disp Date** | **Phone** |

Alias

More Party Information

**PNC BANK NA** - Defendant

| | |
|---|---|
| **DOB** | **Address**   6750 MILLER RD |
| **Disposition** | BRECKSVILLE, OH 44141 |
| **Disp Date** | **Phone** |

Alias

More Party Information

**STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES** - Defendant

| | |
|---|---|
| **DOB** | **Address**   C/O ATTORNEY GENERAL |
| **Disposition** | 30 E BRAOD ST |
| **Disp Date** | 32ND FL |
| | COLUMBUS, OH 43215 |
| | **Phone** |

Alias

More Party Information

**STATE OF OHIO DEPARTMENT OF TAXATION** - Defendant

| DOB | | Address | C/O ATTY GENERAL |
| Disposition | | | 150 E GAY ST |
| Disp Date | | | 21ST FL |
| | | | COLUMBUS, OH 43215 |
| | | Phone | |

| Alias | |

More Party Information

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 03/05/2014 | FORECLOSURE COMPLAINT FILED | COMPLAINT FORECLOSURE<br>COMPLAINT IN FORECLOSURE FILED WITH FAIR DEBT COLLECTION PRACTICES ACT AND ATTACHMENTS.<br>PARCEL # - 11-0000808.000<br>ADDRESS: 7570 MARYSVILLED RD, CAMBRIDGE, OH 43725  Receipt: 40787<br>Date: 03/28/2014 | $26.00 |
| 03/05/2014 | FORECLOSURE (ADMN FEES) | ADMN FEES  Receipt: 40227  Date: 03/05/2014 | $177.00 |
| 03/05/2014 | FORECLOSURE DEPOSIT | FORECLOSURE DEPOSIT  Receipt: 40227  Date: 03/05/2014 | $173.00 |
| 03/05/2014 | PREL JUDICIAL REPORT (TITLE EXAM) | PRELIMINARY JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 03/05/2014 | MISC | DESIGNATION FORM FILED BY PLAINTIFF. | |
| 03/05/2014 | (DEACTIVATED) SUMMONS AND CERTIFICATION | SUMMONS AND CERTIFICATION<br><br>Receipt: 40787  Date: 03/28/2014 | $25.00 |
| 03/05/2014 | POSTAGE - CERTIFIED MAIL | Issue Date:  03/05/2014<br>Service:  SUMMONS - CERTIFIED MAIL (N)<br>Method:  CIVIL / CERTIFIED MAIL<br>Cost Per:  $     8.70<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: 71969008911128520984<br><br>JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: 71969008911128520991<br><br>PNC BANK NA<br>6750 MILLER RD<br>BRECKSVILLE, OH  44141<br>Tracking No: 71969008911128521004<br><br>STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES<br>C/O ATTORNEY GENERAL<br>30 E BRAOD ST<br>32ND FL<br>COLUMBUS, OH  43215<br>Tracking No: 71969008911128521011<br><br>STATE OF OHIO DEPARTMENT OF TAXATION<br>C/O ATTY GENERAL | $43.50 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | 150 E GAY ST<br>21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: 71969008911128521028<br><br>Receipt: 40787 Date: 03/28/2014 | |
| 03/05/2014 | WAIVER SERVICE-TREAS | WAIVER OF SUMMONS WITH A CERTIFIED COPY OF THE COMPLAINT ISSUED TO GUERNSEY COUNTY TREASURER, BY PLACING WAIVER AND COMPLAINT IN THE PROSECUTING ATTORNEY'S BOX IN THE CLERK OF COURTS OFFICE.<br>Receipt: 40787 Date: 03/28/2014 | $4.00 |
| 03/05/2014 | (DEACTIVATED) SUMMONS (GCS) | SUMMONS AND CERTIFIED COPY OF THE COMPLAINT AND INITIAL FILINGS ISSUED TO THE SHERIFF OF GUERNSEY COUNTY FOR PERSONAL AND/OR RESIDENTIAL SERVICE UPON:<br><br>LYNN M ABRAMS-SPILKER<br>JOHN DOE UNKNOWN SPOUSE Receipt: 40787 Date: 03/28/2014 | $10.00 |
| 03/05/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/06/2014 | WAIVER SERVICE-TREAS | WAIVER OF SUMMONS WITH A CERTIFIED COPY OF THE COMPLAINT ISSUED TO GUERNSEY COUNTY TREASURER, BY PLACING WAIVER AND COMPLAINT IN THE PROSECUTING ATTORNEY'S BOX IN THE CLERK OF COURTS OFFICE.<br>Receipt: 40787 Date: 03/28/2014 | $4.00 |
| 03/06/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/10/2014 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method  : CIVIL / CERTIFIED MAIL<br>Issued   : 03/05/2014<br>Service  : SUMMONS - CERTIFIED MAIL (N)<br>Served   : 03/08/2014<br>Return   : 03/10/2014<br>On      : JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER<br>Signed By : JEFF BARNETT<br><br>Reason   : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 71969008911128520991 | |
| 03/10/2014 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method  : CIVIL / CERTIFIED MAIL<br>Issued   : 03/05/2014<br>Service  : SUMMONS - CERTIFIED MAIL (N)<br>Served   : 03/08/2014<br>Return   : 03/10/2014<br>On      : ABRAMS-SPILKER, LYNN M<br>Signed By : JEFF BARNETT<br><br>Reason   : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 71969008911128520984 | |
| 03/10/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/11/2014 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method  : CIVIL / CERTIFIED MAIL<br>Issued   : 03/05/2014<br>Service  : SUMMONS - CERTIFIED MAIL (N)<br>Served   : 03/10/2014<br>Return   : 03/11/2014<br>On      : STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES<br>Signed By : NANCY DUNN<br><br>Reason   : SERVICE SUCCESSFUL | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | Comment  : | |
| | | Tracking #: 71969008911128521011 | |
| 03/11/2014 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method  : CIVIL / CERTIFIED MAIL<br>Issued  : 03/05/2014<br>Service  : SUMMONS - CERTIFIED MAIL (N)<br>Served  : 03/10/2014<br>Return  : 03/11/2014<br>On  : STATE OF OHIO DEPARTMENT OF TAXATION<br>Signed By : NANCY DUNN<br><br>Reason  : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 71969008911128521028 | |
| 03/11/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/12/2014 | ANSWER OF GU CO TREASURER | ANSWER OF GU CO TREASURER W/CERTIFICATE OF SERVICE FILED. | |
| 03/12/2014 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method  : CIVIL / CERTIFIED MAIL<br>Issued  : 03/05/2014<br>Service  : SUMMONS - CERTIFIED MAIL (N)<br>Served  : 03/07/2014<br>Return  : 03/12/2014<br>On  : PNC BANK NA<br>Signed By : B ROGERS<br><br>Reason  : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 71969008911128521004 | |
| 03/12/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/17/2014 | SERVICE RETURN - GUERNSEY | SERVICE RETURN OF GUERNSEY COUNTY SHERIFF FILED/ENDORSED: LYNN ABRAMS-SPILKER- P- 3/16/14 $21.00<br>JOHN DOE UNKNOWN SPOUSE -R- 3/16/14 $21.00  Receipt: 40787  Date: 03/28/2014 | $42.00 |
| 03/17/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 03/27/2014 | NOTICE | NOTICE OF COMPLAINCE FILED BY PLAINTIFF WITH CERTIFICATE OF SERVICE./KMS | |
| 03/27/2014 | NOTICE | NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AND AT PLAINTIFF'S COSTS FILED BY PLAINTIFF WITH CERTIFICATE OF SERVICE./KMS | |
| 03/27/2014 | COST BILL PRINTED | COST BILL PRINTED.  COURT COSTS ASSESSED TO PLAINTIFF./KMS  Receipt: 40787  Date: 03/28/2014 | $3.00 |
| 03/27/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |
| 04/21/2014 | FINAL JUDICIAL REPORT (TITLE EXAM) | FINAL JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 04/21/2014 | FILEBOUND IMAGE CONVERSION | LEGACY FILEBOUND IMAGES | |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| ADMN FEES | $177.00 | $177.00 | $0.00 | $0.00 |
| CLERK/COUNTY | $115.50 | $115.50 | $0.00 | $0.00 |
| SVC FEES- GUERNSEY | $42.00 | $42.00 | $0.00 | $0.00 |
| | **$334.50** | **$334.50** | **$0.00** | **$0.00** |

### Money on Deposit with the Court

| Account | Applied Amount |
|---|---|
| DR COSTS DEPOSIT | $157.50 |
| | **$157.50** |

### Money Distributed by Court

| Payment Type | Amount |
|---|---|
| PAYMENT | $15.50 |
| | **$15.50** |

### Check Information

| Created | Payee Name | Description | Account | Check | Amount |
|---|---|---|---|---|---|
| 03/28/2014 | *LERNER SAMPSON & ROTHFUSS | Case: 14CV000102 CHECK ISSUED: DEP BAL REF (1099) | DR | 12791 | $15.50 |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 40227 | 03/05/2014 | LERNER SAMPSON & ROTHFUSS | $350.00 |
| 40787 | 03/28/2014 | DA | $157.50 |
| | | | **$507.50** |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| DISMISSAL BEFORE PRETRIAL HELD | 03/27/2014 | ELLWOOD, DAVID A |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

**15CV000002**

| | | | |
|---|---|---|---|
| **Case Type** | CIVIL | **Action:** | FORECLOSURES |
| **Case Status:** | Closed | **Status Date:** | 01/05/2015 |
| **File Date:** | 01/05/2015 | **Case Judge:** | ELLWOOD, DAVID A |
| **DCM Track:** | | **Next Event:** | |

All Information | Party | Docket | Financial | Checks | Receipt | Disposition

## Party Information

### FEDERAL HOME LOAN MORTGAGE CORPORATION - Plaintiff

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | C/O PNC BANK |
| **Disposition** | | | 3232 NEWMARK DR |
| **Disp Date** | | | MIAMISBURG, OH 45342 |
| | | **Phone** | |

**Alias**

More Party Information

### ABRAMS-SPILKER, LYNN M - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 7570 MARYSVILLE RD |
| **Disposition** | | | CAMBRIDGE, OH 43725 |
| **Disp Date** | | **Phone** | |

**Alias**
**AKA**        ABRAMS-SPILKER, LYNN

More Party Information

### JOHN DOE UNKNOWN SPOUSE - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | C/O LYNN M ABRAMS- |
| **Disposition** | | | SPILKER |
| **Disp Date** | | | 7570 MARYSVILLE RD |
| | | | CAMBRIDGE, OH 43725 |
| | | **Phone** | |

**Alias**

More Party Information

### TREASURER GUERNSEY COUNTY - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 627 WHEELING AVE |
| **Disposition** | | | SUITE 201 |
| **Disp Date** | | | CAMBRIDGE, OH 43725 |
| | | **Phone** | |

**Alias**

More Party Information

### PNC BANK NATIONAL ASSOCIATION - Associated Party

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | C/O CSC LAWYERS |
| **Disposition** | | | INCORPORATING SERVICES |
| **Disp Date** | | | STAT AGENT |
| | | | 50 W BROAD ST SUITE 1800 |
| | | | COLUMBUS, OH 43215 |
| | | **Phone** | |

**Alias**

More Party Information

### JOB AND FAMILY SERVICES OHIO DEPT OF - Associated Party

| | |
|---|---|
| **DOB** | |
| **Disposition** | |
| **Disp Date** | |

| Address | C/O OHIO ATTY GENERAL REVENUE RECOVERY SECTION 30 E BROAD ST 32ND FL COLUMBUS, OH 43215 | Alias | |
| Phone | | | |

<u>More Party Information</u>

**TAXATION OHIO DEPT OF** - Associated Party

| DOB | | Address | C/O OHIO ATTORNEY GENERAL REVENUE RECOVERY 150 EAST GAY ST 21ST FL COLUMBUS, OH 43215 |
| Disposition | | | |
| Disp Date | | | |
| | | Phone | |
| Alias | | | |

<u>More Party Information</u>

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 01/05/2015 | FORECLOSURE COMPLAINT FILED | COMPLAINT FORECLOSURE COMPLAINT IN FORECLOSURE FILED WITH FAIR DEBT COLLECTION PRACTICES ACT AND ATTACHMENTS. PARCEL # -  11-0000808.000 ADDRESS: 7570 MARYSVILLE RD CAMBRIDGE OH 43725  Receipt: 48307  Date: 08/07/2015 | $26.00 |
| 01/05/2015 | FORECLOSURE (ADMN FEES) | ADMN FEES  Receipt: 44977  Date: 01/05/2015 | $177.00 |
| 01/05/2015 | FORECLOSURE DEPOSIT | FORECLOSURE DEPOSIT  Receipt: 44977  Date: 01/05/2015 | $173.00 |
| 01/05/2015 | PREL JUDICIAL REPORT (TITLE EXAM) | PRELIMINARY JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 01/05/2015 | (DEACTIVATED) SUMMONS (GCS) | SUMMONS AND CERTIFIED COPY OF THE COMPLAINT AND INITIAL FILINGS ISSUED TO THE SHERIFF OF GUERNSEY COUNTY FOR PERSONAL AND/OR RESIDENTIAL SERVICE UPON: LYNN ABRAMS-SPILKER JOHN DOE UNKNOWN SPOUSE OF LYNN ABRAMS-SPILKER  Receipt: 48307 Date: 08/07/2015 | $10.00 |
| 01/05/2015 | WAIVER SERVICE-TREAS | WAIVER OF SUMMONS WITH A CERTIFIED COPY OF THE COMPLAINT ISSUED TO GUERNSEY COUNTY TREASURER, BY PLACING WAIVER AND COMPLAINT IN THE PROSECUTING ATTORNEY'S BOX IN THE CLERK OF COURTS OFFICE. Receipt: 48307  Date: 08/07/2015 | $4.00 |
| 01/05/2015 | (DEACTIVATED) SUMMONS AND CERTIFICATION | SUMMONS AND CERTIFICATION   Receipt: 48307  Date: 08/07/2015 | $25.00 |
| 01/05/2015 | POSTAGE - CERTIFIED MAIL | Issue Date:  01/05/2015 Service:  SUMMONS - CERTIFIED MAIL (N) Method:  CIVIL / CERTIFIED MAIL Cost Per:  $8.70    ABRAMS-SPILKER, LYNN M 7570 MARYSVILLE RD CAMBRIDGE, OH   43725 Tracking No: 9414726699042015058279 | $43.50 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | JOHN DOE UNKNOWN SPOUSE<br>C/O LYNN M ABRAMS-SPILKER<br>7570 NARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: 9414726699042015058286<br><br>PNC BANK NATIONAL ASSOCIATION<br>C/O CSC LAWYERS INCORPORATING SERVICES<br>STAT AGENT<br>50 W BROAD ST SUITE 1800<br>COLUMBUS, OH  43215<br>Tracking No: 9414726699042015058293<br><br>JOB AND FAMILY SERVICES OHIO DEPT OF<br>C/O OHIO ATTY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH  43215<br>Tracking No: 9414726699042015058309<br><br>TAXATION OHIO DEPT OF<br>C/O OHIO ATTORNEY GENERAL REVENUE RECOVERY<br>150 EAST GAY ST<br>21ST FL<br>COLUMBUS, OH  43215<br>Tracking No: 9414726699042015058316<br><br>Receipt: 48307  Date: 08/07/2015 | |
| 01/05/2015 | WAIVE SUMMONS-TREAS RET'D | WAIVER OF SUMMONS RETURNED, FILED AND ENDORSED BY THE PROSECUTING ATTORNEY, COUNSEL FOR THE GUERNSEY COUNTY TREASURER. | |
| 01/08/2015 | ANSWER OF GU CO TREASURER | ANSWER OF GU CO TREASURER W/CERTIFICATE OF SERVICE FILED. | |
| 01/14/2015 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method   : CIVIL / CERTIFIED MAIL<br>Issued    : 01/05/2015<br>Service   : SUMMONS - CERTIFIED MAIL (N)<br>Served   :<br>Return   : 01/14/2015<br>On       : TAXATION OHIO DEPT OF<br>Signed By : NANCY DUNN<br><br>Reason   : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 9414726699042015058316 | |
| 01/14/2015 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method   : CIVIL / CERTIFIED MAIL<br>Issued    : 01/05/2015<br>Service   : SUMMONS - CERTIFIED MAIL (N)<br>Served   : 01/12/2015<br>Return   : 01/14/2015<br>On       : JOB AND FAMILY SERVICES OHIO DEPT OF<br>Signed By : NANCY DUNN<br><br>Reason   : SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking #: 9414726699042015058309 | |
| 01/14/2015 | RETURN - CERTIFIED MAIL | RETURN - CERTIFIED MAIL<br>Method   : CIVIL / CERTIFIED MAIL<br>Issued    : 01/05/2015 | |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp. WWW.PRINT-DRIVER.COM

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | Service : SUMMONS - CERTIFIED MAIL (N)<br>Served : 01/09/2015<br>Return : 01/14/2015<br>On : PNC BANK NATIONAL ASSOCIATION<br>Signed By : DEANNE KESSLER<br><br>Reason : SERVICE SUCCESSFUL<br>Comment :<br><br>Tracking #: 9414726699042015058293 | |
| 01/23/2015 | SERVICE RETURN - GUERNSEY | SERVICE RETURN OF GUERNSEY COUNTY SHERIFF FILED/ENDORSED: SUMMONS, LYNN M ABRAMS-SPILKER, R, 1/22/15; SUMMONS , JOHN DOE UNKNOWN SPOUSE, R, 1/22/15 Receipt: 48433 Date: 08/18/2015 | $40.00 |
| 02/13/2015 | NON-SERVICE NOTICE | FAILURE OF SERVICE NOTICE ISSUED TO ATTY LORI WIGHT<br>Method : CIVIL / CERTIFIED MAIL<br>Issued : 01/05/2015<br>Service : SUMMONS - CERTIFIED MAIL (N)<br>Served :<br>Return : 02/13/2015<br>On : ABRAMS-SPILKER, LYNN M<br>Signed By :<br><br>Reason : FAILURE OF SERVICE / CERTIFIED MAIL<br>Comment : UNCLAIMED<br><br>Tracking #: 9414726699042015058279 Receipt: 48307 Date: 08/07/2015 | $1.25 |
| 02/13/2015 | NON-SERVICE NOTICE | FAILURE OF SERVICE NOTICE ISSUED TO ATTY LORI WIGHT<br>Method : CIVIL / CERTIFIED MAIL<br>Issued : 01/05/2015<br>Service : SUMMONS - CERTIFIED MAIL (N)<br>Served :<br>Return : 02/13/2015<br>On : JOHN DOE UNKNOWN SPOUSE<br>Signed By :<br><br>Reason : FAILURE OF SERVICE / CERTIFIED MAIL<br>Comment : UNCLAIMED<br><br>Tracking #: 9414726699042015058286 Receipt: 48307 Date: 08/07/2015 | $1.25 |
| 02/23/2015 | ALIAS PRECIPE | ALIAS PRECIPE FOR ORDINARY MAIL SERVICE UPON LYNN M ABRAMS-SPILKER AKA LYNN ABRAMS SPILKER AND JOHN DOE NAME UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER AKA LYNN ABRAMS-SPILKER FILED BY LERNER SAMPSON AND ROTHFUSS | |
| 02/24/2015 | (DEACTIVATED) SUMMONS-CERT OF MAILING | SUMMONS AND CERTIFIED COPY OF THE COMPLAINT AND INITIAL FILINGS MAILED BY FIRST CLASS MAIL WITH MAILING CERTIFICATE TO: JOHN DOE UNKNOWN SPOUSE C/O LYNN M ABRAMS-SPILKER AND LYNN M ABRAMS-SPILKER Receipt: 48307 Date: 08/07/2015 | $7.00 |
| 03/18/2015 | MISC | CERTIFICATE AS TO MILITARY STATUS FILED BY ATTY LORI WIGHT | |
| 04/02/2015 | FINAL JUDICIAL REPORT (TITLE EXAM) | FINAL JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 04/02/2015 | MOTION (NO FEES) | MOTION FOR DEFAULT JUDGMENT FILED BY ATTY LORI WIGHT W/CERTIFICATE OF SERVICE<br>Attorney: WIGHT, LORI N (80789) | |
| 04/02/2015 | ORDER | ORDER-THIS CASE COMES BEFORE THE COURT UPON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT. PLAINTIFF'S MOTION IS SCHEDULED FOR NON-ORAL HEARING ON 4/24/15./KMS Receipt: 48307 Date: 08/07/2015 | $6.00 |
| 04/02/2015 | COPIES | COPIES Receipt: 48307 Date: 08/07/2015 | $3.00 |
| 04/02/2015 | POSTAGE (ADJ) | POSTAGE Receipt: 48307 Date: 08/07/2015 | $2.45 |

Case 2:18-bk-53874   Doc 12   Filed 06/28/18   Entered 06/28/18 12:13:28   Desc Main
Document    Page 108 of 150

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 04/24/2015 | ORDER | ORDER- JUDGMENT GRANTED TO PLAINTIFF AGAINST DEFENDANT LYNN M ABRAMS-SPILKER IN THE AMOUNT OF $122,742.90 AT THE RATE OF 7.33% FROM JUNE 1, 2014 Receipt: 48307 Date: 08/07/2015 | $3.00 |
| 04/24/2015 | COPIES | COPIES Receipt: 48307 Date: 08/07/2015 | $6.00 |
| 04/24/2015 | TS COPY JUDGMENT ENTRY / ATTY'S BOX | TS COPY JUDGMENT ENTRY PLACED IN ATTY'S BOX IN CLERK'S OFFICE FOR: ATTY DANIEL PADDEN | |
| 04/24/2015 | TS COPY JUDGMENT ENTRY/ MAILED FCM | TS COPY OF JUDGMENT ENTRY MAILED FIRST CLASS MAIL TO STATE OF OHIO DEPARTMENT OF TAXATION, ATTY LORI WRIGHT, LYNN ABRAMS-SPILKER, PNC, OHIO JOB & FAMILY SERVICES Receipt: 48307 Date: 08/07/2015 | $2.45 |
| 05/14/2015 | NOTICE | NOTICE OF SUBSTITUION OF COUNSEL THAT JULIA E STEELMAN AND JENNIFER E POWERS DOES HEREBY ENTER AN APPEARANCE IN THE ABOVE CASE AND IS BEING SUBSTITUTED AS COUNSEL OF RECORD IN PLACE OF ATTORNEY LORI N WIGHT. | |
| 06/02/2015 | PRECIPE FOR ORDER OF SALE FILED. | PRECIPE FOR ORDER OF SALE FILED. Receipt: 48307 Date: 08/07/2015 Receipt: 48433 Date: 08/18/2015 | $35.00 |
| 06/02/2015 | PROPERTY DESCRIPTION APPROVAL FORM | PROPERTY DESCRIPTION APPROVAL FORM FILED BY PLAINTIFF | |
| 06/02/2015 | ORDER SALE ISSUED | ORDER OF SALE ISSUED TO SHERIFF OF GUERNSEY COUNTY (ALONG WITH LEGAL DESCRIPTON OF PROPERTY AND CHECK IN AMOUNT OF $993.75 FOR PUBLICATION COSTS) Receipt: 48433 Date: 08/18/2015 | $3.00 |
| 06/02/2015 | ORDER SALE NOTICE ISSUED | AN ORDER OF SALE HAS BEEN ISSUED TO THE SHERIFF OF GUERNSEY COUNTY. FOR INFORMATION ON THE TERMS, DATE AND CONDITIONS OF SALE, CONTACT THE GUERNSEY COUNTY SHERIFF'S OFFICE CIVIL CLERK, MIKE HOLMES AT (740) 432-3730. THIS NOTICE HAS BEEN MAILED TO ALL PARTIES LISTED BELOW BY ORDINARY MAIL.<br><br>CC: ATTY JULIA STEELMAN; ATTY DANIEL G PADDEN; LYNN M ABRAMS-SPILKER & UNKNOWN SPOUSE; PNC BANK NA; STATE OF OHIO DEPT OF JOB AND FAMILY SERVICES; AND STATE OF OHIO TAXATION OHIO DEPT OF. Receipt: 48433 Date: 08/18/2015 | $2.45 |
| 06/02/2015 | APPRAISAL DEPOSIT FOR FEES | APPRAISAL DEPOSIT FOR FEES Receipt: 47446 Date: 06/02/2015 | $225.00 |
| 06/10/2015 | OATH OF APPRAISERS RETURNED | OATH OF APPRAISERS RETURNED, FILED AND ENDORSED: $225.00 KAY NICOLAKES, KEN MCCONNELL, RHONDA MARVIN | |
| 06/10/2015 | LAND APPRAISEMENT | LAND APPRAISEMENT FILED/ENDORSED BY THE SHERIFF OF GUERNSEY COUNTY. APPRAISED VALUE: $81,000/54,000 | |
| 06/26/2015 | NOTICE | NOTICE OF SHERIFF'S SALE SET FOR JULY 24, 2015 AT 10:00 AM FILED BY ATTY JULIE E STEELMAN | |
| 07/13/2015 | PROOF OF PUBLICATION (DAILY JEFF) | PROOF OF PUBLICATION (DAILY JEFFERSONIAN) FILED. | |
| 07/13/2015 | NOTICE - APPEARANCE OF COUNSEL | NOTICE OF APPEARANCE OF COUNSEL W/CERTIFICATE OF SERVICE FILED. Attorney: Bruckner, Kerri Nunley (74024) FOR PLAINTIFF | |
| 07/23/2015 | MOTION (NO FEES) | MOTION TO WITHDRAW PROPERTY FROM SHERIFF'S SALE WITH CERTIFICATE OF SERVICE FILED Attorney: Bruckner, Kerri Nunley (74024) | |
| 07/23/2015 | ORDER | ENTRY WITHDRAWING PROPERTY FROM SHERIFF'S SALE./KMS Receipt: 48433 Date: 08/18/2015 | $3.00 |
| 07/23/2015 | COPIES | COPIES Receipt: 48433 Date: 08/18/2015 | $1.75 |
| 07/23/2015 | JOURNAL ENTRY - FCM | Issue Date: 07/27/2015 Service: JOURNAL ENTRY - FCM Method: JOURNAL ENTRY - FCM/LOCAL ATTYS VIA COURT MAILBOX Cost Per: $0.71 | $3.55 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | MIKE HOLMES<br>PROSECUTING ATTY | |
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: Steelman, Julia E<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000000962 | |
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000000963 | |
| | | PNC BANK NATIONAL ASSOCIATION<br>C/O CSC LAWYERS INCORPORATING SERVICES<br>STAT AGENT<br>50 W BROAD ST SUITE 1800<br>COLUMBUS, OH 43215<br>Tracking No: M000000964 | |
| | | JOB AND FAMILY SERVICES OHIO DEPT OF<br>C/O OHIO ATTY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: M000000965 | |
| | | TAXATION OHIO DEPT OF<br>C/O OHIO ATTORNEY GENERAL REVENUE RECOVERY<br>150 EAST GAY ST<br>21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: M000000966 | |
| | | Receipt: 48433  Date: 08/18/2015 | |
| 07/24/2015 | SERVICE RETURN - GUERNSEY | SERVICE RETURN OF GUERNSEY COUNTY SHERIFF FILED/ENDORSED: ORDER OF SALE, SALE CANCELED BY C.P.C.  Receipt: 48433  Date: 08/18/2015 | $62.00 |
| 08/04/2015 | MOTION (NO FEES) | PLAINTIFF'S MOTION TO VACATE JUDGMENT AND DECREE OF FORECLOSURE AND DISMISS COMPLAINT WITHOUT PREJUDICE FILED BY ATTORNEY KERRI BRUCKNER W/CERTIFICATE OF SERVICE<br>Attorney: Bruckner, Kerri Nunley (74024) | |
| 08/05/2015 | ORDER | ORDER-PLAINTIFF'S MOTION IS GRANTED, THE JUDGMENT AND DECREE OF FORECLOSURE ENTERED 4/24/15 IS VACATED AND THIS ACTION IS DISMISSED WITHOUT PREJUDICE./KMS  Receipt: 48433  Date: 08/18/2015 | $3.00 |
| 08/05/2015 | COPIES | COPIES  Receipt: 48433  Date: 08/18/2015 | $3.50 |
| 08/05/2015 | JOURNAL ENTRY - FCM | Issue Date:  08/05/2015<br>Service:  JOURNAL ENTRY - FCM<br>Method:  JOURNAL ENTRY - FCM/LOCAL ATTYS VIA COURT MAILBOX<br>Cost Per:  $0.71<br><br>ATTY DANIEL G PADDEN<br>MIKE HOLMES C/O SHERIFF'S DEPT<br>DEPT OF JOB AND FAMILY SERVICES<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: Steelman, Julia E<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000001249 | $2.84 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000001250 | |
| | | PNC BANK NATIONAL ASSOCIATION<br>C/O CSC LAWYERS INCORPORATING SERVICES<br>STAT AGENT<br>50 W BROAD ST SUITE 1800<br>COLUMBUS, OH   43215<br>Tracking No: M000001251 | |
| | | TAXATION OHIO DEPT OF<br>C/O OHIO ATTORNEY GENERAL REVENUE RECOVERY<br>150 EAST GAY ST<br>21ST FL<br>COLUMBUS, OH   43215<br>Tracking No: M000001252 | |
| | | Receipt: 48433  Date: 08/18/2015 | |
| 08/05/2015 | COST BILL PRINTED | COST BILL PRINTED.   Receipt: 48433  Date: 08/18/2015 | $3.00 |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| ADMN FEES | $177.00 | $177.00 | $0.00 | $0.00 |
| CLERK/COUNTY | $201.99 | $201.99 | $0.00 | $0.00 |
| SVC FEES- GUERNSEY | $102.00 | $102.00 | $0.00 | $0.00 |
| SALE CANCEL FEE | $100.00 | $100.00 | $0.00 | $0.00 |
| | **$580.99** | **$580.99** | **$0.00** | **$0.00** |

## Money on Deposit with the Court

| Account | Applied Amount |
|---------|----------------|
| APP APPRAISAL DEPOSIT | $0.00 |
| DR COSTS DEPOSIT | $173.00 |
| | **$173.00** |

## Money Distributed by Court

| Payment Type | Amount |
|--------------|--------|
| PAYMENT | $225.00 |
| | **$225.00** |

## Check Information

| Created | Payee Name | Description | Account | Check | Amount |
|---------|-----------|-------------|---------|-------|--------|
| 06/10/2015 | *KAY NICOLOZAKES | Case: 15CV000002 CHECK ISSUED: APPRAISER FEES CH | APP | 13895 | $75.00 |

| Created | Payee Name | Description | Account | Check | Amount |
|---|---|---|---|---|---|
| 06/10/2015 | *KEN R MCCONNELL | Case: 15CV000002 CHECK ISSUED: APPRAISER FEES CH | APP | 13896 | $75.00 |
| 06/10/2015 | *RHONDA MARVIN | Case: 15CV000002 CHECK ISSUED: APPRAISER FEES CH | APP | 13897 | $75.00 |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 44977 | 01/05/2015 | LSR | $350.00 |
| 47446 | 06/02/2015 | LS & R | $225.00 |
| 48307 | 08/07/2015 | DA | $173.00 |
| 48433 | 08/18/2015 | LS&R | $230.99 |
| | | | **$978.99** |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| DISMISSAL BEFORE PRETRIAL HELD | 04/24/2015 | ELLWOOD, DAVID A |

## 15CV000450



| | | | |
|---|---|---|---|
| **Case Type** | CIVIL | **Action:** | OTHER CIVIL |
| **Case Status:** | Closed | **Status Date:** | 10/30/2015 |
| **File Date:** | 10/30/2015 | **Case Judge:** | ELLWOOD, DAVID A |
| **DCM Track:** | | **Next Event:** | |

All Information  Party  Event  Docket  Financial  Checks  Receipt  Disposition

### Party Information

**SALIM, SULTAN H** - Plaintiff

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | C/O BRYSON LEGAL LLC |
| **Disposition** | | | 844 S FRONT STREET |
| **Disp Date** | | | COLUMBUS, OH 43206 |
| | | **Phone** | |

**Alias**

More Party Information

**ABRAMS-SPILKER, LYNN M** - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | 7570 MARYSVILLE RD |
| **Disposition** | | | CAMBRIDGE, OH 43725 |
| **Disp Date** | | **Phone** | |

| **Alias** | |
|---|---|
| **DBA** | SOUTHEAST OHIO FINANCIAL SERVICES |

More Party Information

**SMOKEHOUSE FITNESS LLC** - Defendant

| | | | |
|---|---|---|---|
| **DOB** | | **Address** | LYNN M ABRAMS-SPILKER |
| **Disposition** | | | REG AGENT |
| **Disp Date** | | | 61114 SOUTHGATE ROAD |
| | | | CAMBRIDGE, OH 43725 |
| | | **Phone** | |

**Alias**

More Party Information

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/08/2016 02:00 PM | | MISCELLANEOUS HEARING | | HOLLINS, MARCIA A |

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 10/30/2015 | COMPLAINT (CIVIL) FILED | COMPLAINT FILED FOR BREACH OF CONTRACT  Receipt: 52723  Date: 07/28/2016 | $26.00 |
| 10/30/2015 | CIVIL (ADMN FEES) | CIVIL (ADMN FEES)  Receipt: 49259  Date: 10/30/2015 | $77.00 |
| 10/30/2015 | CIVIL DEPOSIT | CIVIL DEPOSIT  Receipt: 49259  Date: 10/30/2015 | $173.00 |
| 10/30/2015 | MISC | MISC - DESIGNATION FORM FILED | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 10/30/2015 | REQUEST FILED | REQUEST FOR CERTIFIED MAIL SERVICE UPON LYNN M ABRAMS-SPILKER DBA SOUTHEAST OHIO FINANCIAL SERVICES SMOKEHOUSE FITNESS LLC C/O LYNN M ABRAMS-SPILKER FILED BY ATTY PAUL BRYSON | |
| 11/02/2015 | (DEACTIVATED) SUMMONS AND CERTIFICATION | SUMMONS AND CERTIFICATION<br><br>Receipt: 52723  Date: 07/28/2016 | $14.00 |
| 11/02/2015 | POSTAGE - CERTIFIED MAIL | Issue Date:  11/02/2015<br>Service:  SUMMONS - CERTIFIED MAIL (N)<br>Method:  CIVIL / CERTIFIED MAIL<br>Cost Per:  $8.96<br><br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: 9414726699042039731479<br><br><br>SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH  43725<br>Tracking No: 9414726699042039731486<br><br>Receipt: 52723  Date: 07/28/2016 | $17.92 |
| 11/05/2015 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued     : 11/02/2015<br>Service   : SUMMONS - CERTIFIED MAIL (N)<br>Served    : 11/04/2015<br>Return    : 11/05/2015<br>On       : SMOKEHOUSE FITNESS LLC<br>Signed By : LYNN ABRAMS<br><br>Reason    : SERVICE SUCCESSFUL<br>Comment   :<br><br>Tracking #: 9414726699042039731486 | |
| 11/16/2015 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued     : 11/02/2015<br>Service   : (DO NOT USE)<br>Served    : 11/13/2015<br>Return    : 11/16/2015<br>On       : ABRAMS-SPILKER, LYNN M<br>Signed By : LYNN ABRAMS SPILKER<br><br>Reason    : Certified Mail Successful Return<br>Comment   :<br><br>Tracking #: 9414726699042039731479 | |
| 12/22/2015 | MOTION (NO FEES) | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITH CERTIFICATE OF SERVICE FILED.  Attorney: BRYSON, PAUL D (85916) | |
| 12/23/2015 | ORDER | ORDER- CASE BEFORE COURT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT. MOTION IS SCHEDULED FOR NON ORAL HEARING ON 1/14/16 TO BE BASED UPON PLEADINGS / INFORMATION BEFORE THE COURT.  PARTIES NEED NOT APPEAR BUT SHOULD FILE WITH THE COURT ALL PLEADINGS / INFORMATION THEY WISH THE COURT TO CONSIDER AND SERVE THE SAME ON OPPOSING PARTIES / ATTORNEYS PRIOR TO DATE OF HEARING.  Receipt: 52723  Date: 07/28/2016 | $3.00 |
| 12/29/2015 | COPIES | COPIES  Receipt: 52723  Date: 07/28/2016 | $0.75 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 12/29/2015 | POSTAGE (1-5 SHEETS) | Issue Date:  12/29/2015<br>Service:  Judgment Entry<br>Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per:  $0.49<br><br>SALIM, SULTAN H<br>c/o ATTY: BRYSON, PAUL D<br>844 S FRONT STREET<br>COLUMBUS, OH   43206<br>Tracking No: M000001786<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000001787<br><br>SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000001788<br><br>Receipt: 52723  Date: 07/28/2016 | $1.47 |
| 02/04/2016 | ORDER | ORDER- CASE COMES BEFORE THE COURT FOR NON-ORAL HEARING UPON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT. COURT FINDS PLAINTIFF'S MOTION IS GRANTED IN PART AS NEITHER DEFENDANT APPEARED OR FILED REPONSIVE PLEADINGS IN THIS ACTION. CASE WILL NEXT COME BEFORE THE COURT FOR DAMAGES HEARING TO THE MAGISTRATE ON 03/08/16 AT 2:00PM.  Receipt: 52723  Date: 07/28/2016 | $3.00 |
| 02/04/2016 | COPIES | COPIES  Receipt: 52723  Date: 07/28/2016 | $0.75 |
| 02/04/2016 | POSTAGE (1-5 SHEETS) | Issue Date:  02/04/2016<br>Service:  Judgment Entry<br>Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per:  $0.49<br><br>SALIM, SULTAN H<br>c/o ATTY: BRYSON, PAUL D<br>844 S FRONT STREET<br>COLUMBUS, OH   43206<br>Tracking No: M000002954<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000002955<br><br>SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000002956<br><br>Receipt: 52723  Date: 07/28/2016 | $1.47 |
| 03/08/2016 | STENO FEES | STENO FEES  Receipt: 52723  Date: 07/28/2016 | $25.00 |
| 03/09/2016 | ORDER | MAGISTRATE ORDER- THIS CASE CAME BEFORE THE MAGISTRATE OF THIS COURT ON MARCH 8, 2016 FOR DAMAGES HEARING IN THIS CASE. THE MAGISTRATE RECEIVED TESTIMONY OF NASIR HASSAN AS WITNESS FOR PLAINTIFF BUT FINDS THAT ALTHOUGH HE HAS PLAINTIFF'S POWER OF ATTORNEY HE HAS NO PERSONAL KNOWLEDGE OF THE DOCUMENTS OR BUSINESS IN THIS CASE. THE MAGISTRATE | $3.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | FURTHER FOUND THAT NO CONTRACT OR RELATED DOCUMENTS WERE ATTACHED TO THE COMPLAINT NOR HAVE THEY BEEN FILED WITH THE COURT. THE MAGISTRATE RECOMMENDS THAT THE DEFAULT JUDGMENT GRANTED BY ENTRY FILED ON FEBRUARY 4, 2016 BE VACATED WITH PLAINTIFF ORDERED TO FILE AMENDED COMPLAINT WITH APPROPRIATE ATTACHMENTS WITHIN 14 DAYS OF THE DATE OF THESE ORDERS AND CAUSE ALL PARTIES TO BE SERVED. Receipt: 52723 Date: 07/28/2016 | |
| 03/09/2016 | COPIES | COPIES Receipt: 52723 Date: 07/28/2016 | $1.50 |
| 03/10/2016 | POSTAGE (1-5 SHEETS) | Issue Date: 03/10/2016 Service: Judgment Entry Method: Ordinary Mail 1-5 Pages / Court Office Mailbox Cost Per: $0.49 <br><br> SALIM, SULTAN H c/o ATTY: BRYSON, PAUL D 844 S FRONT STREET COLUMBUS, OH 43206 Tracking No: M000003902 <br><br> ABRAMS-SPILKER, LYNN M 7570 MARYSVILLE RD CAMBRIDGE, OH 43725 Tracking No: M000003903 <br><br> SMOKEHOUSE FITNESS LLC LYNN M ABRAMS-SPILKER REG AGENT 61114 SOUTHGATE ROAD CAMBRIDGE, OH 43725 Tracking No: M000003904 <br><br> Receipt: 52723 Date: 07/28/2016 | $1.47 |
| 03/16/2016 | AMENDED COMPLAINT | PLAINTIFF'S FIRST AMENDED COMPLAINT FILED. PAUL D BRYSON (Attorney) on behalf of SULTAN H SALIM (Plaintiff) | |
| 03/16/2016 | REQUEST FILED | REQUEST FILED FOR CERTIFIED MAIL UPON: LYNN ABRAMS-SPILKER; AND SMOKEHOUSE FITNESS LLC | |
| 03/16/2016 | Summons on Complaint | SUMMONS WITH CERTIFIED COPY OF AMENDED COMPLAINT AND INITIAL FILINGS ISSUED. <br><br> Receipt: 52723 Date: 07/28/2016 | $10.00 |
| 03/16/2016 | POSTAGE - CERTIFIED MAIL | Issue Date: 03/16/2016 Service: Summons on Amended Complaint - CM Method: Civil / Certified Mail Cost Per: $8.96 <br><br> ABRAMS-SPILKER, LYNN M 7570 MARYSVILLE RD CAMBRIDGE, OH 43725 Tracking No: 9414726699042054089739 <br><br> SMOKEHOUSE FITNESS LLC LYNN M ABRAMS-SPILKER REG AGENT 61114 SOUTHGATE ROAD CAMBRIDGE, OH 43725 Tracking No: 9414726699042054089746 <br><br> Receipt: 52723 Date: 07/28/2016 | $17.92 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 03/28/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued    : 03/16/2016<br>Service   : Summons on Complaint - CM<br>Served    : 03/21/2016<br>Return    : 03/28/2016<br>On        : SMOKEHOUSE FITNESS LLC<br>Signed By : LYNN ABRAMS-SPILKER<br><br>Reason    : Certified Mail Successful Return<br>Comment   :<br><br>Tracking #: 9414726699042054089746 | |
| 04/06/2016 | NON-SERVICE NOTICE | Failure of Service Notice Issued to: ATTY PAUL BRYSON<br>Method    : Civil / Certified Mail<br>Issued    : 03/16/2016<br>Service   : Summons on Complaint - CM<br>Served    :<br>Return    : 04/06/2016<br>On        : ABRAMS-SPILKER, LYNN M<br>Signed By :<br><br>Reason    : Certified Mail Failure of Service<br>Comment   : UNCLAIMED<br><br>Tracking #: 9414726699042054089739  Receipt: 52723  Date: 07/28/2016 | $3.00 |
| 04/13/2016 | ALIAS PRECIPE | ALIAS PRECIPE FOR SERVICE UPON: LYNN ABRAMS-SPILKER | |
| 04/13/2016 | Summons on Complaint | SUMMONS WITH CERTIFIED COPY OF COMPLAINT AND INITIAL FILINGS ISSUED.<br><br>Receipt: 52723  Date: 07/28/2016 | $5.00 |
| 04/13/2016 | POSTAGE - CERT OF MAILING | Issue Date: 04/13/2016<br>Service:  Summons on Complaint - CM<br>Method:  Certificate of Mailing<br>Cost Per:  $1.98<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH   43725<br>Tracking No: M000000034<br><br>Receipt: 52723  Date: 07/28/2016 | $1.98 |
| 06/10/2016 | CASE FLOW (DEF SERVED) | CASE COMES BEFORE THE COURT ON CASE FLOW MANAGEMENT.  DEFENDANT(S) HAVE BEEN SERVED.  NO FURTHER ACTION HAS BEEN TAKEN.  THE COURT HEREBY ADVISES PLAINTIFF'S ATTORNEY THAT THIS CASE MAY BE DISMISSED FOR LACK OF PROSECUTION UNLESS APPROPRIATE PLEADING IS FILED WITHIN 14 DAYS OF THE DATE OF THIS ENTRY.  Receipt: 52723  Date: 07/28/2016 | $3.00 |
| 06/10/2016 | COPIES | COPIES  Receipt: 52723  Date: 07/28/2016 | $0.75 |
| 06/13/2016 | POSTAGE (1-5 SHEETS) | Issue Date:  06/13/2016<br>Service:  Judgment Entry<br>Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per:  $0.47<br><br>ATTY DANIEL G PADDEN<br><br>SALIM, SULTAN H<br>c/o ATTY: BRYSON, PAUL D<br>844 S FRONT STREET<br>COLUMBUS, OH   43206<br>Tracking No: M000006260 | $0.94 |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH  43725<br>Tracking No: M000006261<br><br>Receipt: 52723  Date: 07/28/2016 | |
| 06/14/2016 | MOTION (NO FEES) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH CERTIFICATE OF SERVICE FILED<br>Attorney: BRYSON, PAUL D (85916) | |
| 06/15/2016 | ORDER | ORDER- THIS CASE COMES BEFORE THE COURT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED ON JUNE 14, 2016. SAID MOTION IS SCHEDULED FOR NON ORAL HEARING ON JULY 7, 2016./BKA  Receipt: 52723  Date: 07/28/2016 | $3.00 |
| 06/15/2016 | COPIES | COPIES  Receipt: 52723  Date: 07/28/2016 | $0.25 |
| 06/15/2016 | POSTAGE (1-5 SHEETS) | Issue Date:  06/15/2016<br>Service:  Judgment Entry<br>Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per:  $0.47<br><br><br>SALIM, SULTAN H<br>c/o ATTY: BRYSON, PAUL D<br>844 S FRONT STREET<br>COLUMBUS, OH  43206<br>Tracking No: M000006327<br><br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: M000006328<br><br><br>SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH  43725<br>Tracking No: M000006329<br><br>Receipt: 52723  Date: 07/28/2016 | $1.41 |
| 07/25/2016 | ORDER | ORDER- CAME BEFORE THE COURT UPON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. AS TO COUNT ONE: JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT  LYNN M ABRAMS-SPILKER IN THE AMOUNT OF $25,720.00; $22,400.00 OF WHICH SHALL BE JOINTLY AND SEVERALLY WITH DEFENDANT SMOKEHOUSE FITNESS; AS TO COUNT TWO AND THREE: JUDGMENT GRANTED TO PLAINTIFF AGAINST DEFENDANT SMOKEHOUSE FITNESS LLC IN THE AMOUNT OF $22,400.00 JOINTLY AND SEVERALLY WITH DEFENDANT LYNN ABRAMS-SPILKER; COUNT FOUR: JUDGMENT GRANTED TO PLAINTIFF AGAINST DEFENDANT LYNN ABRAMS-SPILKER IN THE AMOUNT OF $16,600.00. COURT FURTHER ENTERS JUDGMENT AGAINST DEFENDANTS SMOKEHOUSE FITNESS LLC AND LYNN ABRAMS-SPILKER FOR THE COURTS OF THIS ACTION.  Receipt: 52723  Date: 07/28/2016 | $6.00 |
| 07/25/2016 | COPIES | COPIES  Receipt: 52723  Date: 07/28/2016 | $1.50 |
| 07/25/2016 | POSTAGE (1-5 SHEETS) | Issue Date:  07/25/2016<br>Service:  Final Appealable Orders<br>Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per:  $0.47<br><br><br>SALIM, SULTAN H<br>c/o ATTY: BRYSON, PAUL D<br>844 S FRONT STREET<br>COLUMBUS, OH  43206<br>Tracking No: M000007393 | $1.41 |

Created by demo-version of Universal Document Converter. Full version doesn't add this stamp.
WWW.PRINT-DRIVER.COM

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000007394 | |
| | | SMOKEHOUSE FITNESS LLC<br>LYNN M ABRAMS-SPILKER REG AGENT<br>61114 SOUTHGATE ROAD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000007395 | |
| | | Receipt: 52723 Date: 07/28/2016 | |
| 07/25/2016 | COST BILL PRINTED | COST BILL PRINTED. COSTS ASSESSED. Receipt: 52723 Date: 07/28/2016 | $3.00 |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| ADMN FEES | $77.00 | $77.00 | $0.00 | $0.00 |
| CLERK/COUNTY | $158.49 | $158.49 | $0.00 | $0.00 |
| | $235.49 | $235.49 | $0.00 | $0.00 |

### Money on Deposit with the Court

| Account | Applied Amount |
|---------|----------------|
| DR COSTS DEPOSIT | $158.49 |
| | $158.49 |

### Money Distributed by Court

| Payment Type | Amount |
|--------------|--------|
| PAYMENT | $14.51 |
| | $14.51 |

## Check Information

| Created | Payee Name | Description | Account | Check | Amount |
|---------|-----------|-------------|---------|-------|--------|
| 07/28/2016 | *BRYSON LEGAL LLC | Case: 15CV000450 CHECK: DEPOSIT BALANCE REFUND C | DR | 14886 | $14.51 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| 49259 | 10/30/2015 | BRYSON LEGAL LLC | $250.00 |
| 52723 | 07/28/2016 | DA | $158.49 |
| | | | $408.49 |



### Case Disposition

| Disposition | Date | Case Judge |
| --- | --- | --- |
| OTHER TERMINATIONS | 07/25/2016 | ELLWOOD, DAVID A |

## 16CV000127

| | | | |
|---|---|---|---|
| Case Type | CIVIL | **Action:** | **FORECLOSURES** |
| Case Status: | Closed | **Status Date:** | 04/07/2016 |
| File Date: | 04/07/2016 | **Case Judge:** | ELLWOOD, DAVID A |
| DCM Track: | | **Next Event:** | |

| All Information | Party | Docket | Financial | Checks | Receipt | Disposition |
|---|---|---|---|---|---|---|

### Party Information

**FEDERAL HOME LOAN MORTGAGE CORPORATION - Plaintiff**

| DOB | Address | C/O PNC BANK NATIONAL |
|---|---|---|
| Disposition | | ASSOCIATION |
| Disp Date | | 3232 NEWMARK DR |
| | | MIAMISBURG, OH 45342 |
| | Phone | |

Alias

More Party Information

**ABRAMS-SPILKER, LYNN M - Defendant**

| DOB | Address | 7570 MARYSVILLE RD |
|---|---|---|
| Disposition | | CAMBRIDGE, OH 43725 |
| Disp Date | Phone | |

Alias

More Party Information

**JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER - Defendant**

| DOB | Address | 7570 MARSVILLE RD |
|---|---|---|
| Disposition | | CAMBRIDGE, OH 43725 |
| Disp Date | Phone | |

Alias

More Party Information

**TREASURER GUERNSEY COUNTY - Defendant**

| DOB | Address | 627 WHEELING AVE |
|---|---|---|
| Disposition | | SUITE 201 |
| Disp Date | | CAMBRIDGE, OH 43725 |
| | Phone | |

Alias
AKA            CALDWELL, JAMES A

More Party Information

**PNC BANK NATIONAL ASSOCIATION - Defendant**

| DOB | Address | 6750 MILLER RD |
|---|---|---|
| Disposition | | BRECKSVILLE, OH 44141 |
| Disp Date | Phone | |

Alias

More Party Information

**TAXATION OHIO DEPT OF - Defendant**

| DOB | Address | C/O ATTORNEY GENERAL |
|---|---|---|
| Disposition | | REVENUE RECOVERY |
| Disp Date | | 150 E GAY ST 21ST FL |
| | | COLUMBUS, OH 43215 |
| | Phone | |

| Alias | | | |
|---|---|---|---|
| | | | More Party Information |

**STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE – Defendant**

| DOB | Address | C/O OHIO ATTORNEY |
|---|---|---|
| Disposition | | GENERAL |
| Disp Date | | REVENUE RECOVERY |
| | | SECTION |
| | | 30 E BROAD ST 32ND FL |
| | | COLUMBUS, OH 43215 |
| | Phone | |

| Alias | | |
|---|---|---|
| FKA | BUREAU OF EMPLOYMENT SERVICES | |
| | | More Party Information |

---

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 04/07/2016 | FORECLOSURE COMPLAINT FILED | COMPLAINT IN FORECLOSURE FILED WITH FAIR DEBT COLLECTION PRACTICES ACT AND ATTACHMENTS. PARCEL # - 11-0000808.000 ADDRESS: 7570 MARYSVILLE RD, CAMBRIDGE, OH 43725 | $26.00 |
| 04/07/2016 | FORECLOSURE (ADMN FEES) | ADMN FEES  Receipt 51318  Date: 04/07/2016 | $177.00 |
| 04/07/2016 | FORECLOSURE DEPOSIT | FORECLOSURE DEPOSIT  Receipt: 51318  Date: 04/07/2016 | $173.00 |
| 04/07/2016 | PREL JUDICIAL REPORT (TITLE EXAM) | PRELIMINARY JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 04/07/2016 | Summons on Complaint | SUMMONS WITH CERTIFIED COPY OF COMPLAINT AND INITIAL FILINGS ISSUED. | $25.00 |
| 04/07/2016 | POSTAGE - CERTIFIED MAIL | Issue Date: 04/07/2016 Service:  Summons on Complaint - CM Method: Civil / Certified Mail Cost Per:  $8.96  ABRAMS-SPILKER, LYNN M 7570 MARYSVILLE RD CAMBRIDGE, OH  43725 Tracking No: 9414726699042062192391  JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER 7570 MARSVILLE RD CAMBRIDGE, OH  43725 Tracking No: 9414726699042062192407  PNC BANK NATIONAL ASSOCIATION 6750 MILLER RD BRECKSVILLE, OH  44141 Tracking No: 9414726699042062192414  TAXATION OHIO DEPT OF | $44.80 |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: 9414726699042062192421<br><br>STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: 9414726699042062192438 | |
| 04/07/2016 | Summons on Complaint | SUMMONS WITH CERTIFIED COPY OF COMPLAINT AND INITIAL FILINGS ISSUED. | $10.00 |
| 04/07/2016 | Writ issued to GCS | Issue Date: 04/07/2016<br>Service: Summons on Complaint - GCS<br>Method: Guernsey County Sheriff<br>Cost Per: $0.00<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: S000000325<br><br>JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER<br>7570 MARSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: S000000326 | $0.00 |
| 04/07/2016 | WAIVER SERVICE-TREAS | WAIVER OF SUMMONS WITH A CERTIFIED COPY OF THE COMPLAINT ISSUED TO GUERNSEY COUNTY TREASURER, BY PLACING WAIVER AND COMPLAINT IN THE PROSECUTING ATTORNEY'S BOX IN THE CLERK OF COURTS OFFICE. | $4.00 |
| 04/08/2016 | WAIVE SUMMONS-TREAS RET'D | WAIVER OF SUMMONS RETURNED, FILED AND ENDORSED BY THE PROSECUTING ATTORNEY, COUNSEL FOR THE GUERNSEY COUNTY TREASURER. | |
| 04/11/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method : Civil / Certified Mail<br>Issued : 04/07/2016<br>Service : Summons on Complaint - CM<br>Served : 04/11/2016<br>Return : 04/11/2016<br>On : ABRAMS-SPILKER, LYNN M<br>Signed By : LYNN M ABRAMS-SPILKER<br><br>Reason : Certified Mail Successful Return<br>Comment : SIGNED - NO SERVICE DATE.<br><br>Tracking #: 9414726699042062192391 | |
| 04/11/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method : Civil / Certified Mail<br>Issued : 04/07/2016<br>Service : Summons on Complaint - CM<br>Served : 04/11/2016<br>Return : 04/11/2016<br>On : JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | Signed By : LYNN ABRAMS SPILKER<br><br>Reason    : Certified Mail Successful Return<br>Comment  : SIGNED - NO SERVICE DATE.<br><br>Tracking #: 9414726699042062192407 | |
| 04/11/2016 | ANSWER OF GU CO TREASURER | ANSWER AND STATEMENTMENT OF GU CO TREASURER W/CERTIFICATE OF SERVICE FILED. | |
| 04/14/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued     : 04/07/2016<br>Service    : Summons on Complaint - CM<br>Served     : 04/12/2016<br>Return     : 04/14/2016<br>On          : TAXATION OHIO DEPT OF<br>Signed By : AGENT<br><br>Reason    : Certified Mail Successful Return<br>Comment  :<br><br>Tracking #: 9414726699042062192421 | |
| 04/15/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued     : 04/07/2016<br>Service    : Summons on Complaint - CM<br>Served     : 04/12/2016<br>Return     : 04/15/2016<br>On          : PNC BANK NATIONAL ASSOCIATION<br>Signed By : D FISHER<br><br>Reason    : Certified Mail Successful Return<br>Comment  :<br><br>Tracking #: 9414726699042062192414 | |
| 04/18/2016 | RETURN - CERTIFIED MAIL | Service Successful - Return Receipt Returned.<br>Method    : Civil / Certified Mail<br>Issued     : 04/07/2016<br>Service    : Summons on Complaint - CM<br>Served     : 04/15/2016<br>Return     : 04/18/2016<br>On          : STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>Signed By : NANCY DUNN<br><br>Reason    : Certified Mail Successful Return<br>Comment  :<br><br>Tracking #: 9414726699042062192438 | |
| 04/18/2016 | SERVICE COMPLETE | SERVICE COMPLETED.<br>Method    : Guernsey County Sheriff<br>Issued     : 04/07/2016<br>Service    : Summons on Complaint - GCS<br>Served     : 04/17/2016<br>Return     : 04/18/2016<br>On          : ABRAMS-SPILKER, LYNN M<br>Signed By : RESIDENTIAL SERVICE<br><br>Reason    : Sheriff/PS Successful Return of Service<br>Comment  :<br><br>Tracking #: S000000325 | |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 04/18/2016 | SERVICE COMPLETE | SERVICE COMPLETED.<br>Method : Guernsey County Sheriff<br>Issued : 04/07/2016<br>Service : Summons on Complaint - GCS<br>Served : 04/17/2016<br>Return : 04/18/2016<br>On : JOHN DOE UNKNOWN SPOUSE OF LYNN M ABRAMS-SPILKER<br>Signed By : RESIDENTIAL SERVICE<br><br>Reason : Sheriff/PS Successful Return of Service<br>Comment :<br><br>Tracking #: S000000326 | |
| 04/18/2016 | SERVICE RETURN - GUERNSEY | Service Return of Guernsey County Sheriff | $40.00 |
| 04/22/2016 | NOTICE | NOTICE OF COMPLIANCE PURSUANT TO ORC 2329.192 FILED BY ATTY BETHANY SUTTINGER W/CERTIFICATE OF SERVICE | |
| 04/29/2016 | MISC | CERTIFICATION AS TO MILITARY STATUS FILED<br>BETHANY L SUTTINGER (Attorney) on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION (Plaintiff) | |
| 05/23/2016 | MOTION (NO FEES) | MOTION FOR DEFAULT JUDGMENT WITH CERTIFICATE OF SERVICE FILED<br>Attorney: SUTTINGER, BETHANY L (85068) | |
| 05/23/2016 | FINAL JUDICIAL REPORT (TITLE EXAM) | FINAL JUDICIAL REPORT (TITLE EXAM) FILED. | |
| 05/23/2016 | ORDER | ORDER- THIS CASE COMES BEFORE THE COURT UPON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FILED ON MAY 23, 2016. PLAINTIFF'S MOTION IS SCHEDULED FOR NON ORAL HEARING ON JUNE 14, 2016./BKA | $3.00 |
| 05/23/2016 | COPIES | COPIES | $3.00 |
| 05/24/2016 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date: 05/24/2016<br>Service: Judgment Entry<br>Method: Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per: $0.47<br><br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L<br>LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000005800<br><br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000005801<br><br><br>PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH 44141<br>Tracking No: M000005802<br><br><br>TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | $2.35 |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | Tracking No: M000005803 | |
| | | STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH  43215<br>Tracking No: M000005804 | |
| 07/11/2016 | ORDER | ORDER-JUDGMENT GRANTED TO PLAINTIFF AGAINST DEFENDANT, LYNN M ABRAMS-SPILKER, IN THE AMOUNT OF $119,409.07 AT THE RATE OF 7.3300% FROM SEPTEMBER 1, 2015./KMS | $18.00 |
| 07/11/2016 | COPIES | COPIES | $9.00 |
| 07/12/2016 | POSTAGE (6-10 SHEETS) (LETTER) | Issue Date:  07/12/2016<br>Service:  Final Appealable Orders<br>Method:  Ordinary Mail 6-10 Pages / Court Office Mailbox<br>Cost Per:  $0.68<br><br>ATTY DANIEL G PADDEN<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L<br>LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH  45201<br>Tracking No: M000000323<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: M000000324<br><br>PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH  44141<br>Tracking No: M000000325<br><br>TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215<br>Tracking No: M000000326<br><br>STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH  43215<br>Tracking No: M000000327 | $3.40 |
| 08/15/2016 | PRECIPE FOR ORDER OF SALE FILED. | PRECIPE FOR ORDER OF SALE FILED. | $35.00 |
| 08/15/2016 | PROPERTY DESCRIPTION APPROVAL FORM | PROPERTY DESCRIPTION APPROVAL FORM FILED | |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 08/15/2016 | ORDER SALE ISSUED | ORDER OF SALE ISSUED TO SHERIFF OF GUERNSEY COUNTY (ALONG WITH LEGAL DESCRIPTON OF PROPERTY AND CHECK IN AMOUNT OF $1063.31 FOR PUBLICATION COSTS) | $3.00 |
| 08/15/2016 | ORDER SALE NOTICE ISSUED | AN ORDER OF SALE HAS BEEN ISSUED TO THE SHERIFF OF GUERNSEY COUNTY. FOR INFORMATION ON THE TERMS, DATE AND CONDITIONS OF SALE, CONTACT THE GUERNSEY COUNTY SHERIFF'S OFFICE CIVIL CLERK, MIKE HOLMES AT (740) 432-3730. THIS NOTICE HAS BEEN MAILED TO ALL PARTIES LISTED BELOW BY ORDINARY MAIL. | $0.00 |
| 08/15/2016 | APPRAISAL DEPOSIT FOR FEES | APPRAISAL DEPOSIT FOR FEES  Receipt: 52951  Date: 08/15/2016 | $225.00 |
| 08/15/2016 | Writ issued to GCS | Issue Date: 08/15/2016<br>Service: Order of Sale<br>Method: Guernsey County Sheriff<br>Cost Per: $0.00<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: S000000649 | $0.00 |
| 08/15/2016 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date: 08/15/2016<br>Service: Notice of Sale<br>Method: Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per: $0.47<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L<br>LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH  45201<br>Tracking No: M000007988<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH  43725<br>Tracking No: M000007989<br><br>PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH  44141<br>Tracking No: M000007990<br><br>TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215<br>Tracking No: M000007991<br><br>STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH  43215<br>Tracking No: M000007992 | $2.35 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 08/23/2016 | OATH OF APPRAISERS RETURNED | OATH OF APPRAISERS RETURNED, FILED AND ENDORSED: $225.00 KAY NICOLAKES, KEN MCCONNELL, RHONDA MARVIN | |
| 08/23/2016 | LAND APPRAISEMENT | LAND APPRAISEMENT FILED/ENDORSED BY THE SHERIFF OF GUERNSEY COUNTY. APPRAISED VALUE: $87,000.00 | |
| 09/08/2016 | NOTICE | NOTICE OF SHERIFF'S SALE SET FOR OCTOBER 21, 2016 AT 10:00 AM FILED WITH CERTIFICATE OF SERVICE Attorney: SUTTINGER, BETHANY L (85068) | |
| 09/21/2016 | PROOF OF PUBLICATION (DAILY JEFF) | PROOF OF PUBLICATION (DAILY JEFFERSONIAN) FILED. | |
| 10/07/2016 | MOTION (NO FEES) | MOTION TO WITHDRAW PROPERTY FROM SHERIFFS SALE FILED W/CERTIFICATE OF SERVICE. BETHANY L SUTTINGER (Attorney) on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION (Plaintiff) | |
| 10/11/2016 | ORDER | ENTRY WITHDRAWING PROPERTY FROM SHERIFF'S SALE | $3.00 |
| 10/12/2016 | SERVICE RETURN - GUERNSEY | Service Return of Guernsey County Sheriff Document Type:  ORDER OF SALE (CANCELED) | $62.00 |
| 10/14/2016 | NOTICE | NOTICE OF AUTOMATIC STAY - BANKRUPTCY CHAPTER 13 FILED WITH CERTIFICATE OF SERVICE Attorney: SUTTINGER, BETHANY L (85068) | |
| 02/02/2017 | NOTICE | NOTICE OF TERMINATION OF STAY FILED WITH CERTIFICATE OF SERVICE BETHANY L SUTTINGER (Attorney) on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION (Plaintiff) | |
| 02/06/2017 | ORDER | ORDER- CASE COMES BEFORE THE PLAINTIFF'S NOTICE OF TERMINATION OF STAY. COURT FINDS THAT THE BANKRUPTCY STAY IN THIS CASE IS HEREBY LIFTED AND THIS CASE MAY PROCEED IN ACCORD WITH OHIO LAW. | $3.00 |
| 02/06/2017 | COPIES | COPIES | $0.70 |
| 02/06/2017 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date:  02/06/2017 Service:  Judgment Entry Method:  Ordinary Mail 1-5 Pages / Court Office Mailbox Cost Per:  $0.49  ATTY BLUE  FEDERAL HOME LOAN MORTGAGE CORPORATION c/o ATTY: SUTTINGER, BETHANY L LERNER SAMPSON ROTHFUSS PO BOX 5480 CINCINNATI, OH  45201 Tracking No: M000013213  ABRAMS-SPILKER, LYNN M 7570 MARYSVILLE RD CAMBRIDGE, OH  43725 Tracking No: M000013214  PNC BANK NATIONAL ASSOCIATION 6750 MILLER RD BRECKSVILLE, OH  44141 Tracking No: M000013215  TAXATION OHIO DEPT OF C/O ATTORNEY GENERAL | $2.94 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: M000013216 | |
| | | STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: M000013217 | |
| | | MARCZEWSKI, MITCHELL<br>1020 MAPLE AVE<br>ZANESVILLE, OH 43701<br>Tracking No: M000013218 | |
| 03/14/2017 | ALIAS PRECIPE | ALIAS PRECIPE FOR ORDER OF SALE WITHOUT REAPPRAISAL FILED BY ATTY BETHY L SUTTINGER | |
| 03/14/2017 | PROPERTY DESCRIPTION APPROVAL FORM | PROPERTY DESCRIPTION APPROVAL FORM FILED BY ATTY BETHANY SUTTINGER | |
| 03/14/2017 | ORDER SALE ISSUED | ORDER OF SALE ISSUED TO SHERIFF OF GUERNSEY COUNTY<br>(ALONG WITH LEGAL DESCRIPTON OF PROPERTY AND CHECK IN AMOUNT OF $1,063.31 FOR PUBLICATION COSTS) | $3.00 |
| 03/14/2017 | ORDER SALE ISSUED | ORDER OF SALE ISSUED TO SHERIFF OF GUERNSEY COUNTY<br>(ALONG WITH LEGAL DESCRIPTON OF PROPERTY AND CHECK IN AMOUNT OF $1,063.31 FOR PUBLICATION COSTS) | $3.00 |
| 03/14/2017 | ORDER SALE NOTICE ISSUED | AN ORDER OF SALE HAS BEEN ISSUED TO THE SHERIFF OF GUERNSEY COUNTY. FOR INFORMATION ON THE TERMS, DATE AND CONDITIONS OF SALE, CONTACT THE GUERNSEY COUNTY SHERIFF'S OFFICE CIVIL CLERK, MIKE HOLMES AT (740) 432-3730. THIS NOTICE HAS BEEN MAILED TO ALL PARTIES LISTED BELOW BY ORDINARY MAIL.<br>ATTY BETHANY L SUTTINGER<br>LYNN M ABRAMS-SPILKER<br>PNC BANK NA<br>STATE OF OHIO DEPT OF JOB & FAMILY SERVICES<br>STATE OF OHIO DEPT OF TAXATION<br>MITCHELL MARCZEWSKI<br>ATTY JOEL BLUE | $0.00 |
| 03/14/2017 | Writ issued to GCS | Issue Date: 03/14/2017<br>Service: Order of Sale<br>Method: Guernsey County Sheriff<br>Cost Per: $0.00<br><br>ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: S000001207 | $0.00 |
| 03/14/2017 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date: 03/14/2017<br>Service: Notice of sale<br>Method: Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per: $0.49<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L | $2.94 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000014489 | |
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000014490 | |
| | | PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH 44141<br>Tracking No: M000014491 | |
| | | TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: M000014492 | |
| | | STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: M000014493 | |
| | | MARCZEWSKI, MITCHELL<br>1020 MAPLE AVE<br>ZANESVILLE, OH 43701<br>Tracking No: M000014494 | |
| 04/10/2017 | MOTION (NO FEES) | MOTION TO WITHDRAW PROPERTY FROM SHERIFF'S SALE FILED W/CERTIFICATE OF SERVICE<br>BETHANY L SUTTINGER (Attorney) on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION (Plaintiff) | |
| 04/13/2017 | ORDER | ORDER WITDRAWING PROPERTY FROM SHERIFF'S SALE. FOR CAUSE THE PLAINTIFF STATES THAT THE LOAN HAS JUST BEEN SERVICE TRANSFERRED AND THE NEW SERVICER MUST REVIEW THE LOAN BEFORE DETERMINING IF A SHERIFF'S SALE IS APPROPRIATE AT THIS TIME. | $3.00 |
| 04/13/2017 | COPIES | COPIES | $0.10 |
| 04/13/2017 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date: 04/13/2017<br>Service: Judgment Entry<br>Method: Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per: $0.49<br><br>ATTY BLUE<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L<br>LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000015516 | $2.94 |

6/19/2017 11:00 AM

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000015517 | |
| | | PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH 44141<br>Tracking No: M000015518 | |
| | | TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: M000015519 | |
| | | STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: M000015520 | |
| | | MARCZEWSKI, MITCHELL<br>1020 MAPLE AVE<br>ZANESVILLE, OH 43701<br>Tracking No: M000015521 | |
| 04/17/2017 | SERVICE RETURN - GUERNSEY | Service Return of Guernsey County Sheriff<br>Document Type: ORDER OF SALE<br>SALE CANCELLED BY C.P.C. 4/13/17 | $53.00 |
| 04/21/2017 | PROOF OF PUBLICATION (DAILY JEFF) | PROOF OF PUBLICATION (DAILY JEFFERSONIAN) FILED. | |
| 05/30/2017 | ALIAS PRECIPE | ALIAS PRECIPE FOR ORDER OF SALE WITHOUT REAPPRAISAL FILED | |
| 05/30/2017 | PROPERTY DESCRIPTION APPROVAL FORM | PROPERTY DESCRIPTION APPROVAL FORM FILED | |
| 05/30/2017 | ORDER SALE ISSUED | ORDER OF SALE ISSUED TO SHERIFF OF GUERNSEY COUNTY<br>(ALONG WITH LEGAL DESCRIPTON OF PROPERTY AND CHECK IN AMOUNT<br>OF $1083.19 FOR PUBLICATION COSTS) | $3.00 |
| 05/30/2017 | ORDER SALE NOTICE ISSUED | AN ORDER OF SALE HAS BEEN ISSUED TO THE SHERIFF OF GUERNSEY<br>COUNTY. FOR INFORMATION ON THE TERMS, DATE AND CONDITIONS OF<br>SALE, CONTACT THE GUERNSEY COUNTY SHERIFF'S OFFICE CIVIL<br>CLERK, MIKE HOLMES AT (740) 432-3730. THIS NOTICE HAS BEEN<br>MAILED TO ALL PARTIES LISTED BELOW BY ORDINARY MAIL.<br>ATTY BETHANY L SUTTINGER<br>LYNN M ABRAMS-SPILKER<br>PNC BANK<br>STATE OF OHIO DEPT OF JOB & FAMILY SERVICES<br>STATE OF OHIO DEPT OF TAXATION<br>MITCHELL MARZCEWSKI<br>ATTY JOEL BLUE | $0.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 05/30/2017 | POSTAGE (1-5 SHEETS) (LETTER) | Issue Date: 05/30/2017<br>Service: Order of Sale<br>Method: Ordinary Mail 1-5 Pages / Court Office Mailbox<br>Cost Per: $0.49 | $2.94 |
| | | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>c/o ATTY: SUTTINGER, BETHANY L<br>LERNER SAMPSON ROTHFUSS<br>PO BOX 5480<br>CINCINNATI, OH 45201<br>Tracking No: M000017119 | |
| | | ABRAMS-SPILKER, LYNN M<br>7570 MARYSVILLE RD<br>CAMBRIDGE, OH 43725<br>Tracking No: M000017120 | |
| | | PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER RD<br>BRECKSVILLE, OH 44141<br>Tracking No: M000017121 | |
| | | TAXATION OHIO DEPT OF<br>C/O ATTORNEY GENERAL<br>REVENUE RECOVERY<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215<br>Tracking No: M000017122 | |
| | | STATE OF OHIO DEPARTMENT OF JOB AND FAMILY SERVICE<br>C/O OHIO ATTORNEY GENERAL<br>REVENUE RECOVERY SECTION<br>30 E BROAD ST 32ND FL<br>COLUMBUS, OH 43215<br>Tracking No: M000017123 | |
| | | MARCZEWSKI, MITCHELL<br>1020 MAPLE AVE<br>ZANESVILLE, OH 43701<br>Tracking No: M000017124 | |
| 06/08/2017 | NOTICE | NOTICE OF SHERIFF'S SALE SET FOR JULY 21, 2017 AT 10:00 AM FILED WITH CERTIFICATE OF SERVICE<br>BETHANY L SUTTINGER (Attorney) on behalf of FEDERAL HOME LOAN MORTGAGE CORPORATION (Plaintiff) | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| ADMN FEES | $177.00 | $177.00 | $0.00 | $0.00 |
| CLERK/COUNTY | $219.46 | $0.00 | $0.00 | $219.46 |
| SVC FEES- GUERNSEY | $155.00 | $0.00 | $0.00 | $155.00 |
| | $551.46 | $177.00 | $0.00 | $474.46 |

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| SALE CANCEL FEE | $100.00 | $0.00 | $0.00 | $100.00 |
| | $651.46 | $177.00 | $0.00 | $474.46 |

**Money on Deposit with the Court**

| Account | Applied Amount |
|---|---|
| APP APPRAISAL DEPOSIT | $0.00 |
| DR COSTS DEPOSIT | $0.00 |
| | $0.00 |

**Money Distributed by Court**

| Payment Type | Amount |
|---|---|
| PAYMENT | $225.00 |
| | $225.00 |

**Check Information**

| Created | Payee Name | Description | Account | Check | Amount |
|---|---|---|---|---|---|
| 08/23/2016 | *KAY NICOLOZAKES | Case: 16CV000127 CHECK ISSUED: APPRAISER FEES CH | APP | 14953 | $75.00 |
| 08/23/2016 | *RHONDA MARVIN | Case: 16CV000127 CHECK ISSUED: APPRAISER FEES CH | APP | 14955 | $75.00 |
| 08/23/2016 | *KEN R MCCONNELL | Case: 16CV000127 CHECK ISSUED: APPRAISER FEES CH | APP | 14954 | $75.00 |

**Receipts**

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 51318 | 04/07/2016 | LERNER, SAMPSON, ROTHFUSS | $350.00 |
| 52951 | 08/15/2016 | LSR | $225.00 |
| | | | $575.00 |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| GUILTY OR NO CONT-ORIG CHRG(CR)/DEFAULT(CV) | 07/11/2016 | ELLWOOD, DAVID A |

<u>LBR Form 2016-1(b)</u>

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re:<br>**Lynn M Abrams-Spilker** | | Case No. **2:18-bk-53874** |
| | | Chapter 13 |
| | *Debtor(s)* | Judge |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## AND APPLICATION FOR ALLOWANCE OF FEES IN CHAPTER 13 CASE

**I.**   <u>**Disclosure**</u>

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,700.00** |
| Prior to the filing of this statement I have received | $ | **1,140.00** |
| Balance Due | $ | **2,560.00** |

2.   $ **310.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **See Statement of Financial Affairs question #16 for further explanation, unless itemized fee application is filed.**

4.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other persons unless they are members and/or associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

**II.**   <u>**Application**</u>

6.   I hereby apply for an allowance of fees in the amount set forth above. I understand and agree that the Court may approve, without itemization, an allowance of fees not to exceed $3,700, for rendering the legal services set forth below. If I seek payment of fees in excess of $3,700, I will file a separate application that sets forth the total amount of the fee requested, and that includes an itemization of all legal services performed, the amount and itemization of any expenses for which reimbursement is sought, the identification and hourly billing rate of any attorney, paralegal, or other professional person for whom fees are sought, and the actual time spend by the attorney, paralegal, or other professional person for whom fees are sought.

a.   Initial client interview, preparation and signing of any retainer or representation agreement, analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether, and under what chapter, to file a petition in bankruptcy;

b.   Advising the debtor concerning his or her obligations and duties pursuant to the Code, the Rules, the Local Rules, applicable court orders, and provisions of his or her chapter 13 plan;

c.   Preparation and filing of any document required by § 521 of the Code, including Official Form 122C-1 and Official Form 122C-2 (if applicable), the petition, schedules, statement of financial affairs and any amendments thereto that may be required;

d.   Preparation and filing of the chapter 13 plan and any preconfirmation amendments thereto that may be required; provided, legal services performed relative to Paragraphs 5.4.1,5.4.2 and 5.4.3 ofthe chapter 13 plan are not covered by the no-look fee and may be compensated through a separate application for fees; however, in such event, no additional compensation will be allowed for the preparation and filing of a motion pursuant to Rule 5009(d).

e.   Preparation and filing of payroll orders and amended payroll orders, except amended payroll orders prepared in connection with the modification of a plan or the temporary suspension of payments;

f.   Representation of the debtor at the § 341 meeting of creditors and confirmation hearing, and at any adjournments thereof;

g.   Filing of address changes for the debtor;

h.   Review of claims;

i.   Review of notice of intention to pay claims;

j.   Preparation and filing of objections to non-real estate and non-tax claims, exclusive of any hearings;

k.   Preparation and filing of first motion to suspend or temporarily reduce plan payments;

l.   Representation of the debtor in addressing any routine tax return or tax refund inquiries by the trustee, exclusive of any motion, objection, or hearing;

m.   Filing of a notice of final cure payment, when filed by the debtor, exclusive of any hearings;

n.   Preparation and filing of debtor's certification regarding issuance of discharge order;

o.   Routine phone calls and questions;

p.   File maintenance and routine case management; and

q.   Any other duty as required by local decision or policy.


**IMPORTANT INFORMATION.  FEES ARE SUBJECT TO COURT APPROVAL AND BILLED ON AN HOURLY BASIS WHETHER OR NOT THE CASE IS CONFIRMED.  ALL TIME SPENT ON THE CASE IS BILLED WHICH INCLUDES BUT IS NOT LIMITED TO PHONE CALLS, EMAILS, CORRESPONDENCE, PREPARATION OF DOCUMENTS, FILINGS, HEARINGS, CONFERENCES, FILE REVIEW, CASE PLANNING, ETC.  ATTORNEY $295.00 HOUR. PARALEGAL $110.00 HOUR.  LEGAL ASSISTANT $85.00 HOUR.  THE MINIMUM FEE FOR A CONFIRMED CASE IS $3500.00 AND THERE IS NO MAXIMUM FEE.  THE TRUSTEE REQUIRES AN EXACT FEE AMOUNT TO CALCULATE PLAN LENGTH, THEREFORE THE $3500.00 STATED IN THE PLAN MAY NOT NECESSARILY BE THE FINAL FEE. COSTS AND EXPENSES ARE PAID BY THE DEBTOR(S) IN ADDITION TO FEES.  DEBTOR(S) HEREBY AGREE TO SAID FEES, COSTS AND EXPENSES.**


X_____    DATE_____


X_____    DATE_____


7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:


| | |
|---|---|
| **June 28, 2018** | **/s/ Mitchell Marczewski** |
| Date | **Mitchell Marczewski (0073258)** |
| | Name |
| | **Marczewski Law Offices LLC** |
| | **1020 Maple Ave** |
| | **Zanesville, OH 43701** |
| | **(740) 453-8900** |
| | **Fax: (740) 453-8988** |
| | **mitch@zanesvillelawyer.com** |
| | **(0073258) OH** |

**Fill in this information to identify your case:**

Debtor 1     **Lynn M Abrams-Spilker**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Ohio

Case number   **2:18-bk-53874**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☒ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| Debtor 1 | | |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ | 18,795.12 |
| Ordinary and necessary operating expenses | -$ | 14,582.08 |
| Net monthly income from a business, profession, or farm | $ | 4,213.04 |

Copy here -> $ 4,213.04    $

6. **Net income from rental and other real property**

| Debtor 1 | | |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ | 0.00 |
| Ordinary and necessary operating expenses | -$ | 0.00 |
| Net monthly income from rental or other real property | $ | 0.00 |

Copy here -> $ 0.00    $

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Lynn M Abrams-Spilker**                                      Case number (*if known*)    **2:18-bk-53874**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

7. **Interest, dividends, and royalties**                                    $     0.00    $ _____

8. **Unemployment compensation**                                             $     0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                     $ _____     0.00

For your spouse            $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                                  $     0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $     0.00    $ _____

_____    $     0.00    $ _____

Total amounts from separate pages, if any.     + $     0.00    $ _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $   **4,213.04**   + $ _____   = $   **4,213.04**

                                                          Total average<br>monthly income

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

12. **Copy your total average monthly income from line 11.**                           $   **4,213.04**

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    $ _____

_____    $ _____

_____    + $ _____

Total                           $     0.00    Copy here=>    -     0.00

14. **Your current monthly income.** Subtract line 13 from line 12.                     $   **4,213.04**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>                                                      $   **4,213.04**

Multiply line 15a by 12 (the number of months in a year).                      **x 12**

15b. The result is your current monthly income for the year for this part of the form. ........................    $   **50,556.48**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (*if known*) | **2:18-bk-53874** |
|---|---|---|---|

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **OH**

16b. Fill in the number of people in your household. **1**

16c. Fill in the median family income for your state and size of household. ............................. $ **48,596.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. Copy your total average monthly income from line 11 . ...................................... $ **4,213.04**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ **0.00**

19b. **Subtract line 19a from line 18.** $ **4,213.04**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b $ **4,213.04**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form $ **50,556.48**

20c. Copy the median family income for your state and size of household from line 16c $ **48,596.00**

21. **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Lynn M Abrams-Spilker**

**Lynn M Abrams-Spilker**
Signature of Debtor 1

Date **June 28, 2018**
     MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tbody>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Lynn M Abrams-Spilker</strong></td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Ohio</td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>2:18-bk-53874</strong></td></tr>
</tbody>
</table>

☐ Check if this is an amended filing

**Official Form 122C-2**

# Chapter 13 Calculation of Your Disposable Income

04/16

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

**Part 1:     Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.     **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

**1**

**National Standards**           You must use the IRS National Standards to answer the questions in lines 6-7.

6.     **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ _____ **647.00**

7.     **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| Debtor 1 | **Lynn M Abrams-Spilker** | | Case number (*if known*) | **2:18-bk-53874** |

| | | | | |

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | $ | **52** | | | |
| 7b. | Number of people who are under 65 | X | **1** | | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | **52.00** | Copy here=> | $ | **52.00** |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | $ | **114** | | | |
| 7e. | Number of people who are 65 or older | X | **0** | | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | **0.00** | Copy here=> | $ | **0.00** |
| 7g. | **Total.** Add line 7c and line 7f | $ | **52.00** | Copy total here=> | $ | **52.00** |

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ Housing and utilities - Insurance and operating expenses

■ Housing and utilities - Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.   **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $ **485.00**

9.   **Housing and utilities - Mortgage or rent expenses:**

9a.   Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $ **592.00**

9b.   Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Specialized Loan Servicing** | $ **1,198.00** |

| 9b. Total average monthly payment | $ **1,198.00** | Copy here=> | -$ **1,198.00** | Repeat this amount on line 33a. |

9c.   Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.   $ **0.00**   Copy here=> $ **0.00**

10.   **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $ **0.00**

Explain why: _____

Debtor 1   **Lynn M Abrams-Spilker**                                    Case number (if known)   **2:18-bk-53874**

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

■ 1. Go to line 12.

☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                    $        **196.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2013 Nissan Juke 55,000 miles Location: Debtor's residence** |

13a. Ownership or leasing costs using IRS Local Standard...................................................   $        **497.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
    Do not include costs for leased vehicles.

    To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Santander Consumer USA** | $      **361.50** |

Total Average Monthly Payment   $      **361.50**    Copy here =>   -$      **361.50**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
    Subtract line 13b from line 13a. if this number is less than $0, enter $0.  .....................   $      **135.50**    Copy net Vehicle 1 expense here =>   $      **135.50**

| Vehicle 2 | Describe Vehicle 2: | |

13d. Ownership or leasing costs using IRS Local Standard.................................................   $        **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ |

Total average monthly payment   $        Copy here =>   -$      **0.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
    Subtract line 13e from line 13d. if this number is less than $0, enter $0.  .......................   $      **0.00**    Copy net Vehicle 2 expense here =>   $      **0.00**

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the** *Public Transportation* **expense allowance regardless of whether you use public transportation.**                    $        **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*                    $        **0.00**

---

| Debtor 1 | Lynn M Abrams-Spilker | Case number (if known) | 2:18-bk-53874 |
|---|---|---|---|

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes. $ _____ 0.00

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $ _____ 0.00

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ _____ 0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $ _____ 0.00

20. **Education:** The total monthly amount that you pay for education that is either required:

■ as a condition for your job, or

■ for your physically or mentally challenged dependent child if no public education is available for similar services. $ _____ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education. $ _____ 0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25. $ _____ 0.00

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted. +$ _____ 0.00

24. **Add all of the expenses allowed under the IRS expense allowances.** $ _____ 1,515.50

Add lines 6 through 23.

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance $ _____ 0.00

Disability insurance $ _____ 0.00

Health savings account + $ _____ 0.00

Total $ _____ 0.00    Copy total here=> $ _____ 0.00

Do you actually spend this total amount?
☐ No. How much do you actually spend?
■ Yes $ _____

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b) $ _____ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential. $ _____ 0.00

| Debtor 1 | Lynn M Abrams-Spilker | Case number *(if known)* | 2:18-bk-53874 |

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.
   
   $ _____ **0.00**

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.
   
   $ _____ **0.00**

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.
   
   $ _____ **0.00**

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

   Do not include any amount more than 15% of your gross monthly income.
   
   $ _____ **0.00**

32. **Add all of the additional expense deductions.**
   Add lines 25 through 31.
   
   $ _____ **0.00**

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|
| | **Mortgages on your home** | |
| 33a. | Copy line 9b here                                    => | $    1,198.00 |
| | **Loans on your first two vehicles** | |
| 33b. | Copy line 13b here                                   => | $      361.50 |
| 33c. | Copy line 13e here                                   => | $        0.00 |

33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| -NONE- | | ☐ No  ☐ Yes | $ _____ |
| _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| _____ | _____ | ☐ No  ☐ Yes  + | $ _____ |

| 33e. | Total average monthly payment. Add lines 33a through 33d | $    1,559.50 | Copy total here=> | $    1,559.50 |

| Debtor 1 | Lynn M Abrams-Spilker | | Case number (*if known*) | **2:18-bk-53874** |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

■ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| **Specialized Loan Servicing** | **7570 Marysville Rd Cambridge, OH 43725  Guernsey County Grantor: Frederick Russell & Riki Abrams Grantee: Lynn M Abrams-Spilker** **Warranty Deed was signed on September 19, 2002 and recorded on September 20, 2002 in the Guernsey County Re** | $ **50,000.00** ÷ 60 = $ | **833.33** |
| | | $ ÷ 60 = $ | |
| | | $ ÷ 60 = +$ | |
| | Total | $ **833.33** | Copy total here=> $ **833.33** |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.   Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ............................ $ **10,226.83** ÷ 60 $ **170.45**

**36. Projected monthly Chapter 13 plan payment**        $ _____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).      X _____

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense        $ _____  Copy total here=> $ _____

**37. Add all of the deductions for debt payment.**       $ **2,563.28**
Add lines 33e through 36.

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ........        $ **1,515.50**

Copy line 32, *All of the additional expense deductions* ........        $ **0.00**

Copy line 37, *All of the deductions for debt payment* ........        +$ **2,563.28**

Total deductions................................................        $ **4,078.78**  Copy total here=>  $ **4,078.78**

Debtor 1    **Lynn M Abrams-Spilker**                                      Case number (*if known*)    **2:18-bk-53874**

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. **Copy your total current monthly income from line 14 of Form 122C-1,** *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*  $ **4,213.04**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.  $ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).  $ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here   =>  $ **4,078.78**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
|  | $ |
|  | $ |
|  | $ |
| Total  $ **0.00** | Copy here=> $ **0.00** |

44. **Total adjustments.** Add lines 40 through 43.   =>  $ **4,078.78**   Copy here=> -$ **4,078.78**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.   $ **134.26**

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ |
| ☐ 122C-1 |  |  |  | ☐ Increase |  |
| ☐ 122C-2 |  |  |  | ☐ Decrease | $ |

Debtor 1    **Lynn M Abrams-Spilker**                                                Case number (*if known*)    **2:18-bk-53874**

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Lynn M Abrams-Spilker**

  **Lynn M Abrams-Spilker**
  Signature of Debtor 1

Date  **June 28, 2018**
  MM / DD  / YYYY

| Debtor 1 | **Lynn M Abrams-Spilker** | Case number (*if known*) | **2:18-bk-53874** |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **12/01/2017** to **05/31/2018**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Souteast Ohio Financial Services**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **12/2017** | **$6,529.47** | **$8,943.48** | **$-2,414.01** |
| 5 Months Ago: | **01/2018** | **$9,006.96** | **$9,313.87** | **$-306.91** |
| 4 Months Ago: | **02/2018** | **$18,858.94** | **$13,496.13** | **$5,362.81** |
| 3 Months Ago: | **03/2018** | **$29,790.95** | **$25,395.33** | **$4,395.62** |
| 2 Months Ago: | **04/2018** | **$31,011.04** | **$18,743.12** | **$12,267.92** |
| Last Month: | **05/2018** | **$17,573.38** | **$11,600.56** | **$5,972.82** |
|  | Average per month: | **$18,795.12** | **$14,582.08** | |
|  |  | | Average Monthly NET Income: | **$4,213.04** |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of
your property, you should hire an attorney and carefully consider all of your options before you file.
Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy
and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms
properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that
many people find it difficult to represent themselves successfully. The rules are technical, and a mistake
or inaction may harm you. If you file without an attorney, you are still responsible for knowing and
following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the
necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your
bankruptcy case. Making a false statement, concealing property, or obtaining money or property by
fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to
20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers
and fishermen to repay their debts over a period of time
using future earnings and to discharge some debts that
are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income
and would like to pay all or part of their debts in
installments over a period of time and to discharge
some debts that are not paid. You are eligible for
chapter 13 only if your debts are not more than certain
dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan
to repay your creditors all or part of the money that
you owe them, usually using your future earnings. If
the court approves your plan, the court will allow you
to repay your debts, as adjusted by the plan, within 3
years or 5 years, depending on your income and other
factors.

After you make all the payments under your plan,
many of your debts are discharged. The debts that are
not discharged and that you may still be responsible to
pay include:

     domestic support obligations,

     most student loans,

     certain taxes,

     debts for fraud or theft,

     debts for fraud or defalcation while acting in a
     fiduciary capacity,

     most criminal fines and restitution obligations,

     certain debts that are not listed in your
     bankruptcy papers,

     certain debts for acts that caused death or
     personal injury, and

     certain long-term secured debts.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

<table>
</table>

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.